**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Delaware**
(State)

Case number (*if known*): _____  Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's Name** | Charming Charlie Holdings Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, *and doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 0 – 0 9 6 6 1 3 9 | |

4. **Debtor's address**

Principal place of business

6001 Savoy Drive, Ste. 600
Number          Street

Houston, Texas    77036
City                State    Zip Code

Harris County
County

Mailing address, if different from principal place of business

Number          Street

P.O. Box

City                State    Zip Code

Location of principal assets, if different from principal place of business

Number          Street

City                State    Zip Code

5. **Debtor's website (URL)**  http://www.charmingcharlie.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Charming Charlie Holdings Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**7. Describe debtor's business**

    **A.**   Check One:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

---

    **B.**   Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

---

    **C.**   NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **4 4 8 1**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.

| District | **District of Delaware** | When | **12/11/2017** MM/DD/YYYY | Case number | **No. 17-12906** |
|---|---|---|---|---|---|
| District | | When | MM/DD/YYYY | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.

| Debtor | **See Rider 1** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **District of Delaware** | When | |
| | Case number, if known | | **07/11/2019** MM/DD/YYYY |

---

| Debtor | Charming Charlie Holdings Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No.

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City                                State        Zip Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| ☐ 200-999 | | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Charming Charlie Holdings Inc. | Case number (*if known*) | |
|--------|---------------------------------|--------------------------|--|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        **07/11/2019**
                   MM/ DD / YYYY

✒  */s/ Alvaro E. Bellon*                                **Alvaro E. Bellon**
   Signature of authorized representative of debtor       Printed name

Title        **Chief Financial Officer**

**18.  Signature of attorney**

✒  */s/ Domenic Pacitti*                    Date        **07/11/2019**
   Signature of attorney for debtor                      MM/ DD/YYYY

**Domenic Pacitti**
Printed name

**Klehr Harrison Harvey Branzburg LLP**
Firm name

**919 N. Market Street Suite 1000**
Number            Street

| **Wilmington** | **DE** | **19801** |
|----------------|--------|-----------|
| City | State | ZIP Code |

| **302-426-1189** | **dpacitti@klehr.com** |
|------------------|------------------------|
| Contact phone | Email address |

| **3989** | **DE** |
|----------|--------|
| Bar number | State |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Delaware**

(State)

Case number (*if known*): _____        Chapter **11**

☐ Check if this is an
amended filing

# Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Charming Charlie Holdings Inc.

- Charming Charlie Canada LLC
- Charming Charlie Holdings Inc.
- Charming Charlie International LLC
- Charming Charlie LLC
- Charming Charlie Manhattan LLC
- Charming Charlie USA, Inc.
- Poseidon Partners CMS, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CHARMING CHARLIE HOLDINGS INC., | ) | Case No. 19-[_____] (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| *Common Stock* | | | |
| Charming Charlie Holdings Inc. | ALM V LTD. | 1095 6th Avenue #40 New York, NY 10036 | 0.9% |
| Charming Charlie Holdings Inc. | ALM VI, LTD. | 1095 6th Avenue #40 New York, NY 10036 | 0.9% |
| Charming Charlie Holdings Inc. | ALM VII(R)-2, LTD. | 1095 6th Avenue #40 New York, NY 10036 | 1.4% |
| Charming Charlie Holdings Inc. | ALM VII, LTD | 1095 6th Avenue #40 New York, NY 10036 | 0.9% |
| Charming Charlie Holdings Inc. | ALM VIII, LTD | 1095 6th Avenue #40 New York, NY 10036 | 2.9% |
| Charming Charlie Holdings Inc. | ALM XVI, LTD. | 1095 6th Avenue #40 New York, NY 10036 | 0.9% |
| Charming Charlie Holdings Inc. | APOLLO SENIOR FLOATING RATE FUND INC. | 1095 6th Avenue #40 New York, NY 10036 | 3.0% |
| Charming Charlie Holdings Inc. | APOLLO TACTICAL INCOME FUND INC. | 1095 6th Avenue #40 New York, NY 10036 | 0.9% |
| Charming Charlie Holdings Inc. | LEVERAGESOURCE HOLDINGS, LP | 1095 6th Avenue #40 New York, NY 10036 | 1.7% |
| Charming Charlie Holdings Inc. | PPF NOMINEE 2 B.V. | 1095 6th Avenue #40 New York, NY 10036 | 1.0% |
| Charming Charlie Holdings Inc. | RAMPART CLO 2007 LTD. | 1095 6th Avenue #40 New York, NY 10036 | 0.5% |
| Charming Charlie Holdings Inc. | STONE TOWER CLO VII LTD. | 1095 6th Avenue #40 New York, NY 10036 | 0.8% |
| Charming Charlie Holdings Inc. | RR 1 LTD | 1095 6th Avenue #40 New York, NY 10036 | 1.8% |
| Charming Charlie Holdings Inc. | CION INVESTMENT CORPORATION | 3 Park Avenue 36th Floor New York, NY 10016 | 10.0% |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Charming Charlie Holdings Inc. | CONGRUENT CREDIT OPPORTUNITIES FUND II, LP | 3400 Carlisle Street Suite 430 Dallas, TX 75204 | 1.7% |
| Charming Charlie Holdings Inc. | FLP INVESTMENTS LTD. | C/o MaplesFS Limited PO Box 1093 Grand Cayman, KY1-1102 Cayman Islands | 0.1% |
| Charming Charlie Holdings Inc. | LCM XIII LIMITED PARTNERSHIP | 399 Park Aveune 22nd Floor New York, NY 10022 | < 0.1% |
| Charming Charlie Holdings Inc. | LCM XIV LIMITED PARTNERSHIP | 399 Park Aveune 22nd Floor New York, NY 10022 | < 0.1% |
| Charming Charlie Holdings Inc. | LCM XIX LIMITED PARTNERSHIP | 399 Park Aveune 22nd Floor New York, NY 10022 | 0.2% |
| Charming Charlie Holdings Inc. | LCM XV LIMITED PARTNERSHIP | 399 Park Aveune 22nd Floor New York, NY 10022 | 0.3% |
| Charming Charlie Holdings Inc. | LCM XVI LIMITED PARTNERSHIP | 399 Park Aveune 22nd Floor New York, NY 10022 | 0.3% |
| Charming Charlie Holdings Inc. | LCM XVII LIMITED PARTNERSHIP | 399 Park Aveune 22nd Floor New York, NY 10022 | 0.2% |
| Charming Charlie Holdings Inc. | LCM XVIII LIMITED PARTNERSHIP | 399 Park Aveune 22nd Floor New York, NY 10022 | 0.2% |
| Charming Charlie Holdings Inc. | SIERRA INCOME CORPORATION | 280 Park Avenue 6th Floor East New York, NY 10017 | 11.6% |
| Charming Charlie Holdings Inc. | RUSSELL INVESTMENT CO - RUSSELL MULTI-STRATEGY INCOME FUND | 570 Washington Blvd Jersey City, NJ 07310 | 0.4% |
| Charming Charlie Holdings Inc. | RUSSELL INVESTMENT COMPANY - RUSSELL GLOBAL OPPORTUNISTIC CREDIT FUND | 570 Washington Blvd Jersey City, NJ 07310 | 1.3% |
| Charming Charlie Holdings Inc. | RUSSELL INVESTMENTS INSTITUTIONAL FUNDS, LLC - MULTI-ASSET CORE PLUS FUND | 570 Washington Blvd Jersey City, NJ 07310 | 0.6% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Charming Charlie Holdings Inc. | RUSSELL INVESTMENTS QUALIFYING INVESTOR ALTERNATIVE FUNDS PLC- RUSSELL INVESTMENTS FLOATING RATE FUND | 570 Washington Blvd Jersey City, NJ 07310 | 0.9% |
| Charming Charlie Holdings Inc. | STICHTING BLUE SKY ACTIVE FIXED INCOME US LEVERAGED LOAN FUND | 801 S Canal St. Chicago, IL 60607 | 2.6% |
| Charming Charlie Holdings Inc. | THL CREDIT BANK LOAN SELECT MASTER FUND | 1 Federal Street 3rd Floor Boston, MA 02110 | 1.5% |
| Charming Charlie Holdings Inc. | THL CREDIT INC. | 570 Washington Blvd Jersey City, NY 07310 | 42.8% |
| Charming Charlie Holdings Inc. | THL CREDIT SENIOR LOAN FUND | One Wall Street 3rd Floor New York, NY 10286 | 1.5% |
| Charming Charlie Holdings Inc. | THL CREDIT WIND RIVER 2012-1 CLO LTD | 1 Federal Street 3rd Floor Boston, MA 02110 | 2.1% |
| Charming Charlie Holdings Inc. | THL CREDIT WIND RIVER 2013-1 CLO LTD. | 1 Federal Street 3rd Floor Boston, MA 02110 | 2.1% |
| Charming Charlie Holdings Inc. | THL CREDIT WIND RIVER 2013-2 CLO LTD. | 1 Federal Street 3rd Floor Boston, MA 02110 | 2.1% |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHARMING CHARLIE HOLDINGS INC., | ) Case No. 19-[_____] (___) |
| | ) |
| Debtor. | ) |
| | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| *Common Stock* | |
| THL CREDIT INC. | 42.8% |
| SIERRA INCOME CORPORATION | 11.6% |
| CION INVESTMENT CORPORATION | 10.0% |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td><td></td></tr>
<tr><td colspan="2">Debtor name:  CHARMING CHARLIE HOLDINGS INC., et al.</td><td rowspan="3" style="text-align:right">☐ Check if this is an amended filing</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  District of Delaware</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

## Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured Claim |
| 1 Guggenheim Securities, LLC / Links Holdings, LLC<br>Mark R. Walter, Chief Executive Officer<br>330 Madison Avenue<br>New York, NY 10017 | Guggenheim Securities, LLC / Links Holdings, LLC<br>Mark R. Walter, Chief Executive Officer<br>PHONE: 312-977-4560<br>EMAIL: mark.walter@guggenheimpartners.com | PROFESSIONAL | (D) | | | $2,124,029.66 |
| 2 Tanya Creations LLC<br>Jeffery Massotti<br>360 Narragansett Park Drive<br>East Providence, RI 02916 | Tanya Creations LLC<br>Jeffery Massotti<br>PHONE: 401-241-8881<br>EMAIL: Jmassotti@tanyacreations.com<br>FAX: 800-928-2423 | TRADE | | | | $1,086,459.90 |
| 3 FTI Consulting, Inc<br>Stephen H. Gunby, Chief Executive Officer<br>16701 Melford Blvd<br>Bowie, MD 20715 | FTI Consulting, Inc<br>Stephen H. Gunby, Chief Executive Officer<br>PHONE: 202-312-9100<br>FAX: 202-312-9101 | PROFESSIONAL | | | | $850,000.00 |
| 4 Priority Fulfillment Services, Inc<br>Mike Willoughby, Chief Executive Officer<br>505 Millennium Drive<br>Allen, TX 75013 | Priority Fulfillment Services, Inc<br>Mike Willoughby, Chief Executive Officer<br>PHONE: 972 881-2900 | SERVICES | (D) | | | $775,497.86 |
| 5 Fantas-Eyes<br>Sam Terzi<br>385 5th Avenue 9TH Floor<br>New York, NY 10016 | Fantas-Eyes<br>Sam Terzi<br>PHONE: 212-997-4433<br>EMAIL: sam@fantas-eyes.com<br>FAX: 212-997-7630 | TRADE | | | | $715,184.76 |
| 6 Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Eric J. Sekler, Executive Director<br>1285 Ave of Americas<br>New York, NY 10019-6064 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Eric J. Sekler, Executive Director<br>PHONE: 212-373-2543<br>EMAIL: esekler@paulweiss.com | PROFESSIONAL | | | | $636,715.44 |
| 7 Krazy Kat Sportswear, LLC<br>Bansi Lakhani<br>25 E Union Ave<br>East Rutherford, NJ 07073 | Krazy Kat Sportswear, LLC<br>Bansi Lakhani<br>PHONE: 212-221-3040<br>EMAIL: bansi@krazykat.com<br>FAX: 212-391-1607 | TRADE | | | | $570,997.63 |
| 8 Berry Jewelry<br>Martha Berry<br>29 W 38th Street<br>New York, NY 10018 | Berry Jewelry<br>Martha Berry<br>PHONE: 212-354-5014<br>EMAIL: martha@berryjewelry.com<br>FAX: 212-354-5015 | TRADE | | | | $544,395.99 |
| 9 Aosheng Leather Co., Ltd<br>Tong Cao<br>18 Furong Road, Shiling Town, Huadu District<br>Guangzhou, CHINA 510850 | Aosheng Leather Co., Ltd<br>Tong Cao<br>PHONE: 86-159-159-99933<br>EMAIL: tong@aoshengleather.cn | TRADE | | | | $529,938.54 |

Debtor CHARMING CHARLIE HOLDINGS INC., et al.                                                    Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured Claim |
| 10 | SMS Assist LLC<br>Marc Shiffman, Chief Executive Officer<br>875 N Michigan Ave<br>Chicago, IL 60611 | SMS Assist LLC<br>Marc Shiffman, Chief Executive Officer<br>EMAIL: mshiffman@smsassist.com | SERVICES | | | | $509,398.90 |
| 11 | Design Clique Inc<br>Pam Hatcher<br>191 Race St<br>Denver, CO 80206 | Design Clique Inc<br>Pam Hatcher<br>PHONE: 720-979-9794<br>EMAIL: pam@thedclique.com | TRADE | | | | $468,195.68 |
| 12 | Diversified Distribution Systems, LLC<br>Wade Wilson, Chief Operating Officer<br>7351 Boone Avenue North<br>Brooklyn Park, MN 55428 | Diversified Distribution Systems, LLC<br>Wade Wilson, Chief Operating Officer<br>PHONE: 612-813-5200<br>FAX: 612-813-5205 | TRADE | | | | $441,688.35 |
| 13 | Bre Industries Inc<br>Ramin Mehrara<br>1928 South Santa Fe Avenue<br>Los Angeles, CA 90021 | Bre Industries Inc<br>Ramin Mehrara<br>PHONE: 213-747-4844<br>EMAIL: Raminmehr@aol.com<br>FAX: 213-622-0321 | TRADE | | | | $391,792.51 |
| 14 | Uncas International, LLC<br>Felice Porcaro Silvia, President<br>1600 Division Road West<br>Warwick, RI 2893 | Uncas International, LLC<br>Felice Porcaro Silvia, President<br>PHONE: 401-461-5900<br>EMAIL: FeliceSilvia@uncas.com | TRADE | | | | $383,034.37 |
| 15 | Buxton Acquisition Co., LLC<br>Michael Roe<br>245 Cadwell Drive<br>Springfield, MA 01104 | Buxton Acquisition Co., LLC<br>Eric Lund, Principle<br>PHONE: 954-401-3996<br>EMAIL: mkettle@buxtonco.net | TRADE | | | | $375,623.50 |
| 16 | Cheetah Digital Inc<br>Sameer Kazi, Chief Executive Officer<br>22807 Network Place<br>Chicago, IL 60673 | Cheetah Digital Inc<br>Sameer Kazi, Chief Executive Officer<br>PHONE: 212-863-4600 | TRADE | | | | $369,059.62 |
| 17 | ESO International Ltd<br>Room 401, 4/F., Silvercord<br>Kowloon, Hong Kong | ESO International Ltd<br>Carolyn Powers<br>EMAIL: cpowers@esoriginals.com | TRADE | | | | $354,583.52 |
| 18 | Chateau International<br>Sebastian Wang<br>188 Whitman Avenue<br>Edison, NJ 08817 | Chateau International<br>Sebastian Wang, Principle<br>PHONE: 212-967-6705<br>EMAIL: sebastian.wang@chateauus.com | TRADE | | | | $348,012.80 |
| 19 | Black Diamond Accessories<br>Kenny  Lee<br>20 West 37th St 8th Floor<br>New York, NY 10018 | Black Diamond Accessories<br>Kenny  Lee<br>PHONE: 212-792-8361<br>EMAIL: Kenny@raytik.com<br>FAX: 212-714-1554 | TRADE | | | | $342,069.86 |
| 20 | TMD Holdings<br>Henry Wang<br>461 Melwood Ave<br>Pittsburgh, PA 15123 | TMD Holdings<br>Henry Wang<br>PHONE: 412-621-6287<br>EMAIL: orders@tmdholdings.com | TRADE | | | | $326,036.42 |

Debtor CHARMING CHARLIE HOLDINGS INC., et al.                                                    Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured Claim |
| 21 | BDO USA LLP Wayne Berson, Chief Executive Officer 770 KENMOOR SE STE 300 GRAND RAPIDS, MI 49546 | BDO USA LLP Wayne Berson, Chief Executive Officer PHONE: 703-336-14000 EMAIL: wberson@bdo.com | PROFESSIONAL | | | | $325,300.00 |
| 22 | Sarina Marc Faham 15 West 36th St New York, NY 10018 | Sarina Marc Faham, President PHONE: 212-239-8106 EMAIL: Mfaham@sarinaacc.com FAX: 212-658-9798 | TRADE | | | | $315,226.60 |
| 23 | Secret Charm LLC Adir Haroni, Managing Member 1433 E. Walnut St Los Angeles, CA 90011 | Secret Charm LLC Adir Haroni, Managing Member PHONE: 213-742-7744 EMAIL: contact@secretcharm.com; mswartz@secretcharm.com | TRADE | | | | $311,121.86 |
| 24 | PrimeTime NYC Isac  Hannon 8 West 40th St New York, NY 10018 | PrimeTime NYC Isac  Hannon, Vice President PHONE: 212-967-1841 EMAIL: isac@primetimenyc.com FAX: 646-854-3833 | TRADE | | | | $309,662.00 |
| 25 | Moa Moa Alisha Kim 1215 West Walnut Street Compton, CA 90220 | Moa Moa Alisha Kim PHONE: 310-605-1910 EMAIL: alisha@moamoainc.com FAX: 310-605-1911 | TRADE | | | | $292,207.00 |
| 26 | FedEx Fredrick Smith 942 S Shady Grover Rd Memphis, TN 38120 | FedEx Fredrick Smith PHONE: 901-369-3600 FAX: 901-818-7570 EMAIL: FWSmith@fedex.com | TRADE | | | | $286,496.26 |
| 27 | OLR America Inc Kenneth Wehr, President 100 South 5th Street Minneapolis, MN 55402 | OLR America Inc Kenneth Wehr, President PHONE: 612-436-4970 | TRADE | | | | $265,718.00 |
| 28 | L and M Direct, LLC Maurice Terzi 48 West 37th St New York, NY 10018 | L and M Direct, LLC Maurice Terzi PHONE: 713-313-9817 EMAIL: maurice@tshirtandjeans.com | TRADE | | | | $264,043.50 |
| 29 | K and M Accessories LP Todd Marcus, President 425 Dexter St Providence, RI 2907 | K and M Accessories LP Todd Marcus, President PHONE: 401-784-2339 EMAIL: tmarcus@kandmaccessories.com | TRADE | | | | $261,313.59 |
| 30 | Yiwu Zhirui Jewelry Co., Ltd NO.048-052 B District Yiwu, China 322000 | Yiwu Zhirui Jewelry Co., Ltd Joe Ye PHONE: 86-13957982158 | TRADE | | | | $250,676.27 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CHARMING CHARLIE HOLDINGS INC. | ) | Case No. 19-_____ (___) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "<u>Debtors</u>")[1] hereby certify that the Creditor Matrix submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the Creditor Matrix is complete, correct, and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Creditor Matrix have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' headquarters is: 6001 Savoy Drive, Ste. 600, Houston, Texas 77036.

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **Charming Charlie Holdings Inc.** |
| United States Bankruptcy Court for the: | **District of Delaware** |
| | (State) |
| Case number (If known): | |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration ____**List of Equity Security Holders, Corporate Ownership Statement and Certification of Creditor Matrix**____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**07/11/2019**
MM/ DD/YYYY

☒ */s/ Alvaro E. Bellon*
Signature of individual signing on behalf of debtor

**Alvaro E. Bellon**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Charming Charlie Holdings Inc.**
July 10, 2019

I, Lana Krauter, Chief Executive Officer of Charming Charlie Holdings Inc. a Delaware corporation (the "Corporation"), do hereby certify the following:

1.    I am duly qualified and appointed Chief Executive Officer of the Corporation.

2.    Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions (the "Resolutions") duly adopted by the board of directors of the Corporation acting pursuant to the Corporation's bylaws (as amended, amended and restated and modified, supplemented or replaced from time to time, the "Bylaws").

3.    The Resolutions are not inconsistent with the Bylaws.

4.    The Resolutions have not been amended, modified, repealed or rescinded since adopted, and are in full force and effect on and as of the date hereof.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date first written above.

By: _____

Name: Lana Krauter

Title:  Chief Executive Officer of
Charming Charlie Holdings Inc.

## Exhibit A

**Resolutions**

**OMNIBUS WRITTEN CONSENT IN LIEU OF
MEETINGS OF THE BOARDS OF DIRECTORS**

July 10, 2019

The undersigned, being the members of the board of directors (each, a "<u>Board</u>" and collectively, the "<u>Boards</u>") of each of the companies listed on **Schedule 1** attached hereto (each, a "<u>Company</u>" and collectively, the "<u>Companies</u>"), in lieu of holding a meeting of such Board, hereby adopt the following resolutions by written consent as of the date first written above, pursuant to the bylaws, operating agreement, or limited liability company agreement, as applicable (each, an "<u>Operating Agreement</u>"), of each Company and the applicable laws of the jurisdiction in which such Company is organized, which action shall have the same force and effect as if taken at a meeting of each Board, duly called and constituted, pursuant to the applicable Operating Agreement of each such Company and the laws of the jurisdiction in which such Company is organized.

1.      **APPROVAL OF CHAPTER 11 FILING**

**WHEREAS**, the respective Board of each Company has considered presentations by the management and the financial and legal advisors of such Company regarding the liabilities and liquidity situation of such Company, the strategic alternatives available to them, and the effect of the foregoing on such Company's business;

**WHEREAS**, the respective Board of each Company has consulted with the management and the financial and legal advisors of such Company and fully considered each of the strategic alternatives available to such Company; and

**WHEREAS**, after careful consideration, the respective Board of each Company has determined that it is desirable and in the best interests of such Company, its creditors, and other parties in interest, that such Company file or cause to be filed voluntary petitions for relief (each, a "<u>Chapter 11 Case</u>" and collectively, the "<u>Chapter 11 Cases</u>") under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

**NOW, THEREFORE, BE IT RESOLVED**, that each Company shall be, and hereby is, authorized to file or cause to be filed Chapter 11 Cases under the provisions of the Bankruptcy Code in the Bankruptcy Court; and

**FURTHER RESOLVED**, that any officer or director of each Company (collectively, the "<u>Authorized Signatories</u>"), acting alone or with one or more other Authorized Signatories be, and hereby are, authorized, empowered, and directed to execute and file on behalf of each Company all motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including any action necessary to maintain the ordinary-course operation of each Company's business.

2.      **RETENTION OF PROFESSIONALS**

**NOW, THEREFORE, BE IT RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the law firm of Paul Hastings LLP ("<u>Paul Hastings</u>") as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations in the Chapter 11 Cases, including filing any pleadings, and ( b ) in connection therewith,

execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Paul Hastings;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the law firm of Klehr Harrison Harvey Branzburg ("Klehr Harrison") as local bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations in the Chapter 11 Cases, including filing any pleadings, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Klehr Harrison;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the firm Clear Thinking Group LLC ("CTG") as restructuring advisor to, among other things, assist each Company in (i) developing financial data for evaluation by its Board, creditors, or other third parties (in each case as requested by such Company), (ii) responding to issues related to such Company's financial liquidity, and (iii) selling such Company's assets, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of CTG;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the firm of Prime Clerk LLC ("Prime Clerk") as notice and claims agent and administrative advisor to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations in the Chapter 11 Cases, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Prime Clerk;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the firms of Hilco Merchant Resources, LLC ("Hilco") and SB360 Capital Partners ("SB360") as exclusive agents to (i) represent and assist each Company in operating "store closing" sales and (ii) negotiate the termination of any leases as requested by such Company, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Hilco and SB360;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and empowered to (a) employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code, and (b) in connection therewith, to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**FURTHER RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized, empowered, and directed to (a) execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, (b) in connection therewith, employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and (c) take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with each Company's Chapter 11 Case, with a view to the successful prosecution of each such case.

**3.** **DIP FINANCING**

**NOW, THEREFORE, BE IT RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, to negotiate and enter into debtor-

in-possession financing ("DIP Financing").

4.    **GENERAL**

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in each such Authorized Officer's (or their respective designees' or delegates') reasonable business judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED**, that the respective Board of each Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice;

**FURTHER RESOLVED**, that all actions taken by each of the Authorized Officers (and their designees and delegates) to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed;

**FURTHER RESOLVED**, that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of each Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein; and

**FURTHER RESOLVED**, that this consent may be executed in as many electronic or original counterparts as may be required, and all counterparts shall collectively constitute one and the same consent.

\* \* \* \* \* \*

**IN WITNESS WHEREOF,** the undersigned have executed this written consent as of the date first set forth above.

_____
Lana Krauter

_____
Lawrence Meyer

_____
Michelle Handy

_____
William Ross

Being all of the directors of:

Charming Charlie Holdings Inc.

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

_____
Lana Krauter

_____
Lawrence Meyer

_____
Michelle Handy

_____
William Ross

Being all of the directors of:

Charming Charlie Holdings Inc.

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

_____
Lana Krauter

_____
Lawrence Meyer

_____
Michelle Handy

_____
William Ross

Being all of the directors of:

Charming Charlie Holdings Inc.

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

**CHARMING CHARLIE HOLDINGS INC.,**
a Delaware corporation,
as sole member of Charming Charlie LLC

By: _____
Name:    Lana Krauter
Title:    Chief Executive Officer


**CHARMING CHARLIE LLC,**
a Delaware limited liability company,
as sole member of Charming Charlie Manhattan
LLC

By: _____
Name:    Lana Krauter
Title:    Chief Executive Officer


**CHARMING CHARLIE INTERNATIONAL
LLC,**
a Delaware limited liability company,
as sole member and manager of
Charming Charlie Canada LLC

By: _____
Name:    Lana Krauter
Title:    Chief Executive Officer


**CHARMING CHARLIE HOLDINGS INC.,**
a Delaware corporation,
as sole member of Charming Charlie International
LLC

By: _____
Name:    Lana Krauter
Title:    Chief Executive Officer


**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

_Lana Krauter_

_Alvaro Bellon_

Being all of the directors of:

Poseidon Partners CMS, Inc.

## **Schedule 1**

1. Charming Charlie Holdings Inc., a Delaware corporation
2. Charming Charlie LLC, a Delaware limited liability company
3. Charming Charlie Canada LLC, a Delaware limited liability company
4. Charming Charlie International LLC, a Delaware limited liability company
5. Charming Charlie Manhattan LLC, a Delaware limited liability company
6. Charming Charlie USA, Inc., a Utah corporation
7. Poseidon Partners CMS, Inc., a Delaware corporation

**WRITTEN CONSENT IN LIEU OF
MEETINGS OF STOCKHOLDERS OF
CHARMING CHARLIE HOLDINGS INC.**

July 10, 2019

The undersigned, representing holders of record (collectively, the "Stockholders") of at least 60 percent of the combined voting power of the equity interests of Charming Charlie Holdings Inc. ("CC Holdings"), in lieu of holding a meeting of such Stockholders, hereby adopt the following resolutions by written consent as of the date first written above, which action shall be as valid and legal and of the same force and effect as though taken at a meeting duly and validly noticed and held.

**1.      APPROVAL OF CHAPTER 11 FILING AUTHORITY**

**WHEREAS**, CC Holdings and the undersigned, among others, are parties to that certain Stockholders' Agreement, dated as of April 24, 2018 (the "Stockholders' Agreement"); and

**WHEREAS**, pursuant to Section 3.3 of the Stockholders' Agreement, CC Holdings may not and may not permit any of its subsidiaries, including each of the companies listed on **Schedule 1** attached hereto (together with CC Holdings, the "Company"), to take certain actions, including making any bankruptcy filing or entering into any reorganization, without the prior approval of at least 60 percent of the combined voting power of the outstanding Equity Securities (as defined in the Stockholders' Agreement) entitled to vote.

**NOW, THEREFORE, BE IT RESOLVED**, that each of the undersigned consents to the Company filing or causing to be filed voluntary petitions for relief (each, a "Chapter 11 Case" and collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the event it is deemed advisable, and subject to the determination to that effect by a director or officer of the Company (together with such directors' and officers' designees and delegates, collectively, the "Authorized Officers");

**FURTHER RESOLVED**, that each of the undersigned consents to any Authorized Officer, acting alone or with one or more other Authorized Officers, executing and filing on behalf of the Company all motions, papers, documents, or other filings, and taking any and all action that they deem necessary or proper to obtain such relief, including any action necessary to maintain the ordinary-course operation of the Company's business; and

**FURTHER RESOLVED**, that each of the undersigned consents to the Authorized Officers, acting alone or with one or more other Authorized Officers, on behalf of the Company, (a) employing, or causing to be employed, counsel, advisors, and agents to represent and assist the Company in carrying out its duties under the Bankruptcy Code and taking any and all actions to advance the Company's rights and obligations in the Chapter 11 Cases, including filing any pleadings, and (b) in connection therewith, executing appropriate retention agreements, paying appropriate retainers, and causing to be filed appropriate applications for authority to retain the services of such counsel, advisors, and agents.

**2.** **GENERAL**

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each of the Authorized Officers be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in each such Authorized Officer's reasonable business judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED**, that the respective Stockholders have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

**FURTHER RESOLVED**, that any and all actions taken by the officers of the Company to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed; and

**FURTHER RESOLVED**, that this consent may be executed in as many electronic or original counterparts as may be required, and all counterparts shall collectively constitute one and the same consent.

* * * * * *

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first set forth above.

[*Signatures Pages to Follow*]

BSG Fund Management B.V. on behalf of
the Stichting Blue Sky Active Fixed Income US
Leveraged Loan Fund
By:    THL Credit Senior Loan Strategies LLC,
       as Manager

By:    _____
Name:    James R. Fellows
Title:    Managing Director


Russell Investments Ireland Limited on behalf of the
Russell Floating Rate Fund, a subfund of Russell
Investments Qualifying Investor Alternative Funds plc
By:    THL Credit Advisors LLC,
       as Investment Manager

By:    _____
Name:    James R. Fellows
Title:    Chief Investment Officer


Russell Investment Company Russell Global
Opportunistic Credit Fund
By:    THL Credit Advisors LLC,
       as Investment Manager

By:    _____
Name:    James R. Fellows
Title:    Chief Investment Officer


Russell Investments Institutional Funds, LLC
Multi-Asset Core Plus Fund
By:    THL Credit Advisors LLC,
       as Investment Manager

By:    _____
Name:    James R. Fellows
Title:    Chief Investment Officer

Russell Investment Company Russell Multi-Strategy
Income Fund
By:    THL Credit Advisors LLC,
       as Investment Manager

By:    _____
Name:  James R. Fellows
Title:   Chief Investment Officer


THL Credit Wind River 2012-1 CLO Ltd.
By:    THL Credit Senior Loan Strategies LLC,
       as Investment Manager

By:    _____
Name:  James R. Fellows
Title:   Managing Director


THL Credit Wind River 2013-1 CLO Ltd.
By:    THL Credit Senior Loan Strategies LLC,
       as Collateral Manager

By:    _____
Name:  James R. Fellows
Title:   Managing Director


THL Credit Wind River 2013-2 CLO Ltd.
By:    THL Credit Advisors LLC,
       as Investment Manager

By:    _____
Name:  James R. Fellows
Title:   Chief Investment Officer


THL Credit Bank Loan Select Master Fund, a Class of
The THL Credit Bank Loan Select Series Trust 1
By:    THL Credit Senior Loan Strategies LLC,
       as Investment Manager

By:    _____
Name:  James R. Fellows
Title:   Managing Director


[*Signature Page to Written Consent of Stockholders of Charming Charlie Holdings Inc.*]

THL Credit, Inc.

By: _____
Name:  Michelle Handy
Title:   Managing Director

THL Credit Senior Loan Fund
By:   THL Credit Advisors LLC,
       its Subadvisor

By: _____
Name:  James R. Fellows
Title:   Chief Investment Officer

THL Credit, Inc.

By: _____

Name:   Michelle Handy

Title:   Managing Director



THL Credit Senior Loan Fund

By:    THL Credit Advisors LLC,
       its Subadvisor

By: _____

Name:   James R. Fellows

Title:   Chief Investment Officer

ALM VI, LTD.
By:    Apollo Credit Management (CLO), LLC,
       its collateral manager

By:    _____
Name:  Joseph D. Glatt
Title:  Vice President


ALM VIII, LTD.
By:    Apollo Credit Management (CLO), LLC,
       its collateral manager

By:    _____
Name:  Joseph D. Glatt
Title:  Vice President


ALM V, LTD.
By:    Apollo Credit Management (CLO), LLC,
       its collateral manager

By:    _____
Name:  Joseph D. Glatt
Title:  Vice President


ALM XVI, LTD.
By:    Apollo Credit Management (CLO), LLC,
       its collateral manager

By:    _____
Name:  Joseph D. Glatt
Title:  Vice President


ALM VII(R)-2, LTD.
By:    Apollo Credit Management (CLO), LLC,
       its collateral manager

By:    _____
Name:  Joseph D. Glatt
Title:  Vice President


*[Signature Page to Written Consent of Stockholders of Charming Charlie Holdings Inc.]*

APOLLO SENIOR FLOATING RATE FUND INC.

By: _____
Name:   Joseph D. Glatt
Title:   Chief Legal Officer


ALM VII, LTD.

By: _____
Name:   Joseph D. Glatt
Title:   Vice President


APOLLO TACTICAL INCOME FUND INC.

By: _____
Name:   Joseph D. Glatt
Title:   Chief Legal Officer


LEVERAGESOURCE HOLDINGS, L.P.
By:   LeverageSource Holdings GP, LLC,
        its general partner

By: _____
Name:   Joseph D. Glatt
Title:   **Vice President**


PPF NOMINEE 2 B.V.
By:   Apollo Credit Management (Senior Loans), LLC,
        its investment manager

By: _____
Name:   Joseph D. Glatt
Title:   Vice President


*[Signature Page to Written Consent of Stockholders of Charming Charlie Holdings Inc.]*

RR 1 LTD
By:    Redding Ridge Asset Management LLC,
       its collateral manager

By:    _____
Name:  Joseph D. Glatt
Title: Chief Legal Officer

*[Signature Page to Written Consent of Stockholders of Charming Charlie Holdings Inc.]*

SIERRA INCOME CORPORATION,
a Maryland corporation

By:    SIC Advisors LLC,
       a Delaware limited liability company,
       its Investment Manager

By:    _____

Name:  Richard Allorto, Jr.
Title: Treasurer

*[Signature Page to Written Consent of Stockholders of Charming Charlie Holdings Inc.]*

CION INVESTMENT CORPORATION

By:

Name:  Gregg Bresner, CFA
Title:    President and Chief Investment Officer

[*Signature Page to Written Consent of Stockholders of Charming Charlie Holdings Inc.*]

## **Schedule 1**

1.      Charming Charlie LLC, a Delaware limited liability company

2.      Charming Charlie Canada LLC, a Delaware limited liability company

3.      Charming Charlie International LLC, a Delaware limited liability company

4.      Charming Charlie Manhattan LLC, a Delaware limited liability company

5.      Charming Charlie USA, Inc., a Utah corporation

6.      Poseidon Partners CMS, Inc., a Delaware corporation