**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) ) ) | Case 19-11534 (CSS) |
| Debtors. | ) ) ) ) | (Joint Administration Requested) **Related to Docket No. 15** |

**NOTICE OF FILING OF EXHIBIT 1 TO EXHIBIT A OF DIP MOTION**

**PLEASE TAKE NOTICE** that on July 11, 2019, the above captioned debtors and debtors-in-possession (collectively, the "Debtors")[2], filed the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief* (Docket No. 15, the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that attached hereto is Exhibit 1 to Exhibit A of the DIP Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' headquarters is: 6001 Savoy Drive, Ste. 600, Houston, Texas 77036.

[2] A detailed description of the Debtors and their business, and the facts and circumstances supporting the Debtors' chapter 11 cases, are set forth in greater detail in the Declaration of Alvaro Bellon, Chief Financial Officer of Charming Charlie Holdings Inc. in Support of Debtors' Chapter 11 Petitions and First Day Motions (the "First Day Declaration"), filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on July 11, 2019 (the "Petition Date"). Capitalized terms used but not otherwise defined in this motion shall have the meanings ascribed to them in the First Day Declaration.

Dated: July 12, 2019
Wilmington, Delaware

        */s/ Michael W. Yurkewicz*
        Domenic E. Pacitti (DE Bar No. 3989)
        Michael W. Yurkewicz (DE Bar No. 4165)
        Sally E. Veghte (DE Bar No. 4762)
        **KLEHR HARRISON HARVEY BRANZBURG LLP**
        919 N. Market Street, Suite 1000
        Wilmington, Delaware 19801
        Telephone:  (302) 426-1189
        Facsimile:  (302) 426-9193

        - and -

        Matthew Murphy (pro hac vice admission pending)
        Nathan S. Gimpel (pro hac vice admission pending)
        Matthew Smart (pro hac vice admission pending)
        **PAUL HASTINGS LLP**
        71 South Wacker Drive, Suite 4500
        Chicago, Illinois 60606
        Telephone: (312) 499-6000
        Facsimile: (312) 499-6100

        Todd M. Schwartz (pro hac vice admission pending)
        **PAUL HASTINGS LLP**
        1117 South California Avenue
        Palo Alto, California 94304
        Telephone: (650) 320-1800
        Facsimile: (650) 320-1900

        *Proposed Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit 1 to Exhibit A**

**Charming Charlie**
**DIP Budget**
7/10/2019

| 13 Week Cash Flow | | DIP Financing Period | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | | *Beginning 7/10* | *Jul-19 Wk 1* | *Jul-19 Wk 2* | *Jul-19 Wk 3* | *Jul-19 Wk 4* | *Aug-19 Wk 1* | *Aug-19 Wk 2* |
| *USD$ 000's* | | 07/13/19 | 07/20/19 | 07/27/19 | 08/03/19 | 08/10/19 | 08/17/19 | 08/24/19 |
| Week Number | | | 1 | 2 | 3 | 4 | 5 | 6 |
| Forecast / Actual | | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst |
| **Collections & Disbursements** | | | | | | | | |
| **COLLECTIONS:** | | | | | | | | |
|    Collections Owned Inventory & Other | | | 5,155 | 6,247 | 5,865 | 5,399 | 4,877 | 5,487 |
|    Other Collections | | - | 46 | 71 | 68 | 61 | 56 | 1,372 |
| **Total Collections** | | $ - | $ 5,201 | $ 6,318 | $ 5,933 | $ 5,460 | $ 4,933 | $ 6,859 |
| **OPERATING DISBURSEMENTS:** | | | | | | | | |
|    Merchandise | | | - | - | - | - | - | - |
|    Payroll & Related | | | 2,298 | 50 | 2,031 | 50 | 2,284 | 50 |
|    Other Accounts Payable | | | 665 | 100 | 100 | 660 | 530 | 675 |
|    Rent | | | - | - | 3,705 | - | - | - |
|    Sales & Other Taxes | | | 1,045 | 182 | 262 | 337 | 990 | 173 |
| **Total Operating Disbursements** | | - | 4,008 | 332 | 6,098 | 1,047 | 3,804 | 898 |
| **NON-OPERATING DISBURSEMENTS:** | | | | | | | | |
|    Credit Card & Bank Fees | | | 56 | 6 | 318 | 5 | 54 | 3 |
|    Principal, Interest & ABL Fees | | | 260 | - | 223 | - | - | 260 |
|    Liquidator Fees & Expenses | | | 285 | 301 | 292 | 291 | 256 | 225 |
|    Case Professionals | | | 636 | 286 | 286 | 241 | 241 | - |
|    Other Professionals | | - | | | | | | |
| **Total Non-Operating Disbursements** | | - | 1,237 | 593 | 1,119 | 536 | 551 | 488 |
| **NET CASH FLOW** | | $ - | $ (44) | $ 5,392 | $ (1,284) | $ 3,877 | $ 578 | $ 5,472 |
| **Borrowing Base, ABL, & Availability:** | | | | | | | | |
|    BB Before Carve Out & Blocker | | 17,628 | 16,449 | 14,363 | 12,067 | 9,818 | 7,371 | - |
|    Less: $3MM Borrowing Base Reserve | | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | - |
|    **Gross Borrowing Base** | | 14,628 | 13,449 | 11,363 | 9,067 | 6,818 | 4,371 | - |
|    Less: Other BB Reserves | | (3,797) | (3,797) | (3,797) | (3,797) | (3,797) | (3,797) | - |
|    Less: BB Above ABL Line Limit | | - | - | - | - | - | - | - |
|    **Net Available Borrowing Base** | | 10,831 | 9,651 | 7,565 | 5,269 | 3,021 | 574 | - |
|    **Effective BB Cert.** | | 20,514 | 10,831 | 9,651 | 7,565 | 5,269 | 3,021 | |
|    Less: Outstanding ABL | | (8,827) | (8,871) | (3,479) | (4,763) | (887) | (309) | - |
|    Less: Other BB Reserves | | | | | | | | |
|    Less: Outstanding LCs | | - | - | - | - | - | - | - |
|    **Gross ABL Availability** | | 11,687 | 1,960 | 6,172 | 2,802 | 4,383 | 2,712 | - |
|    Less: Blocker | | | | | | | | |
|    Plus: Ending Cash in Bank | | - | - | - | - | - | - | - |
| **Ending Bank Liquidity** | | 11,687 | 1,960 | 6,172 | 2,802 | 4,383 | 2,712 | - |
| **ABL Roll-Forward** | | | | | | | | |
| **ABL Balance - Beginning** | | | 8,827 | 8,871 | 3,479 | 4,763 | 887 | 309 |
|    Draw/(Paydown) | | - | 44 | (5,392) | 1,284 | (3,877) | (578) | (309) |
| **ABL Balance - Ending** | | 8,827 | 8,871 | 3,479 | 4,763 | 887 | 309 | (0) |

**Cash Remaining after ABL Paid in Full Less Disbursements**       -      5,163

\*\*The accompanying financial information is based on information provided by Charming Charlie, LLC. Clear Thinking Group has not audited or otherwise verified the information provided to us, nor will we provide any assurances concerning the reliability, accuracy, or completeness of any materials provided by or on behalf of Charming Charlie, LLC. Any party reviewing the Company's information and considering either a lending and or investment relationship should only do so after they have performed their own detailed independent due diligence.