UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) Case No. 19-11534 (CSS) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 22, 2019, AT 3:00 P.M. (PREVAILING EASTERN TIME)

CONTINUED MATTERS

1. Debtors' Application for Entry of an Order (I) Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief [Docket No. 171; Filed 8/1/2019]

    Response Deadline:   August 15, 2019 at 4:00 p.m.; extended to August 20, 2019 at 4:00 p.m. solely for the Office of the U.S. Trustee

    Responses Received:  Informal comments have been received by the Office of the U.S. Trustee

    Status:   This matter has been continued until the next omnibus hearing scheduled for September 12, 2019 at 2:00 p.m.

2. Debtors' Motion Seeking Entry of an Order (I) Extending the Deadline by which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 199; Filed 8/8/2019]

    Response Deadline:   August 15, 2019 at 4:00 p.m.; extended to August 20, 2019 at 4:00 p.m. solely for the Office of the United States Trustee

    Responses Received:

    A.   Limited Objection of Kimco Arbor Lakes, S.C., LLC, Altacosita 1692, LLC and Kimco 290 Houston II, LP to Debtors' Motion Seeking Entry of an Order (1) Extending the Deadline by Which

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' headquarters is: 6001 Savoy Drive, Ste. 600 Houston, Texas 77036.

                the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 258; Filed 8/15/2019]

B.    Limited Objection of RPT Realty, L.P., Levin Management Corporation, as Agent for The Shoppes at Flemington LLC and SBV-Investments, LLC to Debtors' Motion for an Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property, and (II) Granting Related Relief [Docket No. 259; Filed 8/15/2019]

C.    Limited Objection of ARC SWWMPA001, LLC, Brixmor Operating Partnership LP, Brookfield Property REIT Inc., Centennial Real Estate Company, LLC, Centercal Properties, LLC, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, HPC Stonecreek Investors, LP, KRE Colonie Owner, LLC, Novi Town Center Investors, LLC, PGIM Real Estate, Starwood Retail Partners LLC, The Macerich Company, Trademark Property Company, and Village at Gulfstream Park, LLC to Debtors' Motion Seeking Entry of an Order (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Residential Real Property and (II) Granting Related Relief [Docket No. 260; Filed 8/15/2019]

D.    Pagosa II, LLC's Objection & Response to Debtors Motion Seeking Entry of an Order Extending The Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 261; Filed 8/15/2019]

E.    Joinder of Northwood PL Holdings LLC To Limited Objection of ARC SWWMPA001, LLC, Brixmor Operating Partnership LP, Brookfield Property REIT Inc., Centennial Real Estate Company, LLC, Centercal Properties, LLC, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, HPC Stonecreek Investors, LP, KRE Colonie Owner, LLC, PGIM Real Estate, Starwood Retail Partners LLC, The Macerich Company, Trademark Property Company, Novi Town Center Investors, LLC, and Village at Gulfstream Park, LLC to Debtors Motion Seeking Entry of an Order (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 264; Filed 8/16/2019]

F.    Joinder of CBL & Associates Management, Inc. in the Limited Objection of Certain Landlords to Debtors (A) Motion Seeking Entry of an Order (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief; and

    (B) Motion for Entry of An Order Approving Procedures for the Sale, Transfer and/or Abandonment of De Minimis Assets [Docket No. 266; Filed 8/19/2019]

  G. Informal comments have been received from the Office of the United States Trustee

 Status: This matter has been continued until the next omnibus hearing scheduled for September 12, 2019 at 2:00 p.m.

UNCONTESTED MATTERS GOING FORWARD

3. Debtors' Application for Entry of an Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date [Docket No. 170; Filed 8/1/2019]

  Response Deadline: August 15, 2019 at 4:00 p.m.; extended to August 20, 2019 at 4:00 p.m. solely for the Office of the U.S. Trustee

  Responses Received: Informal comments have been received from the Office of the United States Trustee

  Status: This matter is going forward.

4. Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 172; Filed 8/1/2019]

  Response Deadline: August 15, 2019 at 4:00 p.m.; extended to August 20, 2019 at 4:00 p.m. solely for the Office of the U.S. Trustee

  Responses Received: Informal comments have been received from the Office of the United States Trustee

  Status: This matter is going forward.

5. Debtors' Motion for Entry of and Order (I) Establishing Bar Dates for Filing of Proofs of Claim and Administrative Claim Requests, (II) Designating Form and Manner for Filing Proofs of Claim, (III) Approving Notice of Bar Dates, and (IV) Granting Related Relief [Docket No. 201; Filed 8/8/2019]

  Response Deadline: August 15, 2019 at 4:00 p.m.; extended to August 20, 2019 at 4:00 p.m. solely for the Office of the U.S. Trustee

  Responses Received: Informal comments have been received from the Office of the United States Trustee

  Status: This matter is going forward.

CONTESTED MATTERS

6.  Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment of De Minimis Assets [Docket No. 200; Filed 8/8/2019]

    Response Deadline:   August 15, 2019 at 4:00 p.m.; extended to August 20, 2019 at 4:00 p.m. solely for the Office of the United States Trustee

    Responses Received:

    A.  Limited Objection of ARC SWWMPA001, LLC, Brixmor Operating Partnership LP, Brookfield Property REIT Inc., Centennial Real Estate Company, LLC, Centercal Properties, LLC, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, HPC Stonecreek Investors, LP, KRE Colonie Owner, LLC, Novi Town Center Investors, LLC, PGIM Real Estate, Starwood Retail Partners LLC, The Macerich Company, Trademark Property Company, and Village at Gulfstream Park, LLC to Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment Of De Minimis Assets [Docket No. 256; Filed 8/15/2019]

    B.  Limited Objection by Northwood PL Holdings LLC to Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment of De Minimis Assets [Docket No. 257; Filed 8/15/2019]

    C.  Joinder of Pagaso II, LLC in Limited Objection of Certain Landlords to Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment of De Minimis Assets [Docket No. 262; Filed 8/15/2019]

    D.  Joinder of CBL & Associates Management, Inc. in the Limited Objection of Certain Landlords to Debtors (A) Motion Seeking Entry of an Order (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief; and (B) Motion for Entry of An Order Approving Procedures for the Sale, Transfer and/or Abandonment of De Minimis Assets [Docket No. 266; Filed 8/19/2019]

    E.  Informal comments have been received from the Office of the United States Trustee

    Status:   This matter is going forward.

| | |
|---|---|
| Dated:  August 20, 2019<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar 4165)<br>Sally E. Veghte (DE Bar 4762)<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br><br>- and -<br><br>Matthew M. Murphy (admitted *pro hac vice*)<br>Nathan S. Gimpel (admitted *pro hac vice*)<br>Matthew Smart (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone:  (312) 499-6000<br><br>Todd M. Schwartz (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>1117 South California Avenue<br>Palo Alto, California 94304<br>Telephone:  (650) 320-1800<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |