**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: **Charming Charlie Holdings Inc.,** *et al* .

|  |  |
|---|---|
|  | **19-11534 (CSS)** |
| **Reporting Period:** | **July 2019: 7/11/19 - 8/3/19** |
| **Federal Tax I.D. #** | **80-0966139** |

Charming Charlie Holdings Inc.  and its related debtor legal entities

**MONTHLY OPERATING REPORT**

| Charming Charlie | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|    Bank Reconciliation (or copies of Debtors' bank reconciliations) | MOR-1a | X | |
|    Schedule of Professional Fees Paid | MOR-1b | X | |
|    Cash flows related to DIP ABL facility | MOR-1c | X | |
| Statement of Operations (Income Statement) | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Liabilities Subject to Compromise and DIP Facility Balances | MOR-3a | X | |
| Balance Sheet (pre-petition) | MOR-3b | X | |
| Status of Post-Petition Taxes (See Notes to the MOR) | MOR-4 | X | |
| Summary of Unpaid Post-Petition Debts (See Notes to the MOR) | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging (See Notes to the MOR) | MOR-5 | X | |
| Debtor Questionnaire (See Notes to the MOR) | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.


_____        _____
Signature of Authorized Individual*                              Date


_____        _____
Printed Name of Authorized Individual                          Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Charming Charlie Holdings Inc., *et al*.

**19-11534 (CSS)**
Reporting Period:    July 2019: 7/11/19 - 8/3/19
Federal Tax I.D. #    80-0966139

19-11534 (CSS)
**Schedule of Cash Receipts and Disbursements**
**(000's)**

Charming Charlie Holdings Inc.  and its related debtor legal entities | See Notes to the MOR related to MOR-1

| Debtor | Case Number | External Disbursements | Intercompany Disbursements to Non-Debtors | Intercompany Disbursements to Debtors | Non Debtor on Behalf of Debtors | Asset Based Lending Disbursements | Total Disbursements | Asset Based Lending Receipts | Term Loan Receipts | Intercompany Receipts | Cash Receipts | Total Cash Receipts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charming Charlie LLC | 19-11537 (CSS) | $ (9,286) | $ - | $ (1,395) | $ - | $ (5,375) | $ (16,055) | $ 11,490 | $ - | $ 345 | $ 5,639 | $ 17,474 |
| Charming Charlie USA, Inc. | 19-11539 (CSS) | $ (1,038) | $ - | $ (345) | $ - | $ - | $ (1,383) | $ - | $ - | $ 1,395 | $ 23 | $ 1,418 |
| Charming Charlie International LLC | 19-11536 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Canada LLC (USD) | 19-11535 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Holdings Inc. | 19-11534 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Manhattan LLC | 19-11538 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Poseidon Partners CMS, Inc. | 19-11540 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | | $ (10,324) | $ - | $ (1,740) | $ - | $ (5,375) | $ (17,438) | $ 11,490 | $ - | $ 1,740 | $ 5,662 | $ 18,892 |

| | 19-11537 (CSS) Charming Charlie LLC | 19-11539 (CSS) Charming Charlie USA, Inc. | 19-11535 (CSS) Charming Charlie Canada LLC | 19-11540 (CSS) Poseidon Partners CMS, Inc. | 19-11538 (CSS) Charming Charlie Manhattan LLC | 19-11536 (CSS) Charming Charlie International LLC | 19-11534 (CSS) Charming Charlie Holdings Inc. |
|---|---|---|---|---|---|---|---|
| Other Non-Merch | 702 | 226 | | | | | |
| Payroll / T&E | 3,988 | 671 | | | | | |
| Occupancy | 2,766 | - | | | | | |
| Sales & Use Tax | 1,285 | - | | | | | |
| Merch | | - | | | | | |
| Professional-Liquidation Fees | 545 | 140 | | | | | |
| DIP Facility Fee | - | - | | | | | |
| US Trustee Fees | - | - | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Total** | **9,286** | **1,038** | - | - | - | - | - |

In re: Charming Charlie Holdings Inc., *et al* .

**19-11534 (CSS)**
Reporting Period:    **July 2019: 7/11/19 - 8/3/19**
Federal Tax I.D. #    **80-0966139**

| Bank Reconciliation (or copies of Debtors' bank reconciliations) |
| :---: |
| **(000's)** |

| Charming Charlie Holdings Inc. and its related debtor legal entities | See Notes to the MOR related to MOR-1a |
| --- | --- |

| Entity | Case Number | Bank Name | Last 4 Digits of Account No. | Closing Cash Book (August 3, 2019) |
| --- | --- | --- | --- | --- |
| Charming Charlie USA, Inc. | **19-11539 (CSS)** | | **Sub Total** | $ 37 |
| | | Wells Fargo | 1192 | 37 |
| Charming Charlie LLC | **19-11537 (CSS)** | | **Sub Total** | $ 3,277 |
| | | First Tennessee | 0400 | 54 |
| | | Bank of America | 6310 | (39) |
| | | JPMC | 1183 | 195 |
| | | US Bank | 9582 | 270 |
| | | Wells Fargo | 2768* | (848) |
| | | Wells Fargo | 7051 | 39 |
| | | Wells Fargo | 9823 | 337 |
| | | Wells Fargo | 9849 | 542 |
| | | Wilmington Trust | 2-000 | 2,728 |
| | **Total** | | | $ 3,314 |

* Zero Balance Accounts (ZBA)

The signatory hereto attests that the accounts have been reconciled in accordance with the Debtors' ordinary course accounting practices during the reporting period.

In re: Charming Charlie Holdings Inc., *et al* .

MOR-1b

19-11534 (CSS)
Reporting Period:   2019: 7/11/19 - 8/3/19
Federal Tax I.D. #          80-0966139

**Schedule of Professional Fees and Expenses Paid**
**This schedule is to include all retained professional payments from case inception to current month (includes creditor professionals)**

| Payee | Amount Approved | Payor | Check Number | Date | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|---|---|---|
| There were no Professional Fees and Expenses paid this period | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |
| | | | | | | | $    - | $    - |

In re: **Charming Charlie Holdings Inc.,** *et al* .

| | |
|---|---|
| **Reporting Period:** | **July 2019: 7/11/19 - 8/3/19** |
| **Federal Tax I.D. #** | **80-0966139** |

**Cash Flows related to DIP ABL facility**
**(000's)**

**For Period Ending August 3, 2019**

| **Running DIP ABL Balance** | | | **Transactions** | | | |
|---|---|---|---|---|---|---|
| **Ending Daily Balance Per DIP ABL Daily Balance Report** | **(19,766)** | | **Advance** | **Paydown** | **Interest & Fees Due** | **Interest & Fee Payments** |
| 7/15/2019 | 10 | | - | - | 10 | |
| 7/15/2019 | 270 | | - | - | 260 | |
| 7/16/2019 | 2,820 | | 2,550 | - | | |
| 7/17/2019 | 1,321 | | - | (1,499) | | |
| 7/18/2019 | 1,578 | | - | - | 257 | |
| 7/18/2019 | 1,591 | | - | - | 13 | |
| 7/18/2019 | (612) | | - | (2,202) | | |
| 7/19/2019 | (47) | | 565 | - | | |
| 7/19/2019 | 303 | | 350 | - | | |
| 7/19/2019 | (1,680) | | - | (1,983) | | |
| 7/22/2019 | (1,480) | | 200 | - | | |
| 7/22/2019 | (3,986) | | - | (2,507) | | |
| 7/23/2019 | (3,036) | | 950 | - | | |
| 7/23/2019 | (10,157) | | - | (7,121) | | |
| 7/24/2019 | (9,957) | | 200 | - | | |
| 7/24/2019 | (11,473) | | - | (1,516) | | |
| 7/25/2019 | (13,096) | | - | (1,623) | | |
| 7/26/2019 | (11,696) | | 1,400 | - | | |
| 7/26/2019 | (13,252) | | - | (1,557) | | |
| 7/29/2019 | (12,502) | | 750 | - | | |
| 7/29/2019 | (14,434) | | - | (1,931) | | |
| 7/30/2019 | (13,559) | | 875 | - | | |
| 7/30/2019 | (19,700) | | - | (6,142) | | |
| 7/31/2019 | (16,150) | | 3,550 | - | | |
| 7/31/2019 | (17,445) | | - | (1,295) | | |
| 8/1/2019 | (17,426) | | - | - | 19 | |
| 8/1/2019 | (17,422) | | - | - | 4 | |
| 7/15/2019 | (17,318) | | - | - | 104 | |
| 8/1/2019 | (18,583) | | - | (1,265) | | |
| 8/2/2019 | (18,483) | | 100 | - | | |
| 8/2/2019 | (19,766) | | - | (1,283) | | |

**MOR-2**

**(000's)**
**(See Notes to the MOR related to MOR-2)**

**For Period Ending August 3, 2019**

| July 2019: 7/11/19 - 8/3/19 | 19-11537 (CSS) 87-0720263 Charming Charlie LLC | 19-11539 (CSS) 46-5193973 Charming Charlie USA, Inc. | 19-11535 (CSS) 46-5360693 Charming Charlie Canada LLC | 19-11540 (CSS) 27-0883302 Poseidon Partners CMS, Inc. | 19-11538 (CSS) 46-3307408 Charming Charlie Manhattan LLC | 19-11536 (CSS) 46-5175887 Charming Charlie International LLC | 19-11534 (CSS) 80-0966139 Charming Charlie Holdings Inc. |
|---|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | | |
| Net Sales | 41,294 | - | - | - | | - | - |
| Total Other Revenue | 2,691 | - | - | - | | - | - |
| **Total Operating Revenue** | 43,985 | - | - | - | | - | - |
| | | | | | | | |
| Cost of Goods Sold | 15,442 | 34 | - | - | | - | - |
| **Gross Margin** | 28,543 | (34) | - | - | | - | - |
| | | | | | | | |
| **SG&A** | | | | | | | |
| Compensation. | 4,238 | 444 | - | - | | - | - |
| Occupancy | 3,734 | - | - | - | | - | - |
| Other Selling Expenses | 1,381 | (123) | - | - | | - | - |
| Loss Prevention | 23 | - | - | - | | - | - |
| Advertising | 1 | (24) | - | - | | - | - |
| Human Resources | (14) | (3) | - | - | | - | - |
| Insurance Expense | - | 39 | - | - | | - | - |
| Tax Expenses | 106 | - | - | - | | - | - |
| External Support | 645 | 3,078 | - | - | | - | - |
| Travel and Vehicle | (12) | | - | - | | - | - |
| IT Expenses | 329 | 41 | - | - | | - | - |
| Communication Expenses | 221 | - | - | - | | - | - |
| Supplies | 405 | 1 | - | - | | - | - |
| Misc. Expenses | 214 | 1 | - | - | | - | - |
| **Total SG&A** | 11,271 | 3,454 | - | - | | - | - |
| | | | | | | | |
| **Operating Income / (Loss)** | 17,272 | (3,488) | - | - | | - | - |
| | | | | | | | |
| Other Income / Expenses | 2,206 | - | 26 | - | | - | - |
| Depreciation & Ammorization | 1,448 | - | - | - | | - | - |
| Interest Expenses | 1,670 | 15 | - | - | | (8) | - |
| Income Taxes | 148 | 2,151 | - | - | | 2 | - |
| **Net Income / (Loss)** | 11,800 | (5,654) | (26) | - | | 6 | - |

**August 3, 2019**

| | 19-11537 (CSS) | 19-11539 (CSS) | 19-11535 (CSS) | 19-11540 (CSS) | 19-11538 (CSS) | 19-11536 (CSS) | 19-11534 (CSS) |
|---|---|---|---|---|---|---|---|
| | 87-0720263 | 46-5193973 | 46-5360693 | 27-0883302 | 46-3307408 | 46-5175887 | 80-0966139 |
| | Charming Charlie LLC | Charming Charlie USA, Inc. | Charming Charlie Canada LLC | Poseidon Partners CMS, Inc. | Charming Charlie Manhattan LLC | Charming Charlie International LLC | Charming Charlie Holdings Inc. |
| **Assets** | | | | | | | |
| **Cash and Cash Equivalents** | $ 11,818 | $ (1,363) | $ - | $ - | $ - | $ - | $ - |
| **Accounts Receivable** | 10,275 | (42,064) | - | - | - | 2,373 | 10,000 |
| **Prepaid Expenses and Other Current Assets** | 2,873 | 2,229 | - | - | - | - | - |
| **Loaded Inventory** | 4,052 | - | - | - | - | - | - |
| **Current Deferred Tax Assets** | - | - | - | - | - | - | - |
| **Accounts Receivable** | 29,018 | (41,198) | - | - | - | 2,373 | 10,000 |
| **Property Plant and Equipment (net)** | 45,937 | - | - | - | - | - | - |
| **Trademarks-Fixed Assets** | 42 | - | - | - | - | - | - |
| **Long Term Deferred Tax Assets** | 6,189 | 65,142 | - | - | - | - | - |
| **Other Assets** | 1,263 | 260 | - | - | - | - | - |
| **Total Assets** | 82,449 | 24,204 | - | - | - | 2,373 | 10,000 |
| **Liabilities** | | | | | | | |
| **CURRENT LIABILITIES** | | | | | | | |
| **Accounts Payable** | 26,342 | 8,644 | - | - | - | 10 | - |
| **Sales Tax Payable** | (3,430) | (41) | - | - | - | - | - |
| **Accrued Expenses** | (8,511) | 47 | - | - | - | - | - |
| **Other Current Liabilities** | (4,135) | (7,725) | - | - | - | - | - |
| **Income Tax Payable** | (3,558) | 28,213 | - | - | - | (187) | - |
| **Current Portion of Long Term Debt** | 19,768 | - | - | - | - | - | - |
| **Current Portion of Capital Leases** | (82) | - | - | - | - | - | - |
| **Current Portion Deferred Rent** | (17,395) | - | - | - | - | - | - |
| **Total Current Liabilities** | 8,999 | 29,138 | - | - | - | (177) | - |
| **Liabilities Subject to Compromise** | | | | | | | |
| Accounts Payable | $ (21,589) | $ (7,213) | $ - | $ - | $ - | $ - | $ - |
| Received not Vouchered | (242) | - | - | - | - | - | - |
| Duty Payable | | (334) | - | - | - | - | - |
| **Liabilities Subject to Compromise** | (21,831) | (7,547) | - | - | - | - | - |
| **LT Portion of Deferred Rent** | (39,119) | - | - | - | - | - | - |
| **Long-Term Debt** | (70,628) | - | - | - | - | - | - |
| **Capital Leases** | (36) | - | - | - | - | - | - |
| **Other LT Liabilities** | (1,732) | - | - | - | - | - | - |
| **LT Deferred Income Taxes** | - | (54,005) | - | - | - | - | - |
| **Total Liabilities** | (124,347) | (32,414) | - | - | - | (177) | - |
| **Shareholders' Equity** | | | | | | | |
| **Common Stock** | - | - | - | - | - | - | (300) |
| **Additional Paid-In Capital** | - | - | - | - | - | - | (9,700) |
| YTD Net (Income)/Loss | (10,850) | 19,113 | - | - | - | (37) | - |
| Retained Earnings - PY | 53,187 | (10,903) | - | - | - | (559) | - |
| Retained Earnings (Intercompany) | (440) | - | - | - | - | (1,600) | - |
| **Retained Earnings / (Deficit)** | 41,897 | 8,210 | - | - | - | (2,196) | - |
| **Total Equity** | 41,897 | 8,210 | - | - | - | (2,196) | (10,000) |
| **Total Liabilities and Equity** | (82,449) | (24,204) | - | - | - | (2,373) | (10,000) |

**MOR - 3a**

**In re: Charming Charlie Holdings Inc.,** *et al* **.**

|  | | |
|---|---|---|
| | **Reporting Period:** | **17-12906 (CSS)** |
| | **Federal Tax I.D. #** | **July 11 - August 3, 2019** |
| | | **80-0966139** |

| **Liabilities Subject to Compromise and DIP Facility Balances** |
|---|
| **(000's)** |

**For Period Ending August 3, 2019**

| | Charming Charlie LLC 19-11537 (CSS) 87-0720263 | Charming Charlie USA, Inc. 19-11539 (CSS) 46-5193973 | TOTAL |
|---|---|---|---|
| Accounts Payable | $ 21,589 | $ 7,213 | $ 28,803 |
| Received Not Vouchered | $ 242 | $ - | $ 242 |
| Duty Payable | $ - | $ 334 | $ 334 |
| | $ 21,831 | $ 7,547 | $ 29,378 |

**DIP Facility Balances** | **Balance August 3, 2019**
ABL DIP | $ (19,766)

| As of July 11, 2019 | 19-11537 (CSS) 87-0720263 Charming Charlie LLC | 19-11539 (CSS) 46-5193973 Charming Charlie USA, Inc. | 19-11535 (CSS) 46-5360693 Charming Charlie Canada LLC | 19-11540 (CSS) 27-0883302 Poseidon Partners CMS, Inc. | 19-11538 (CSS) 46-3307408 Charming Charlie Manhattan LLC | 19-11536 (CSS) 46-5175887 Charming Charlie International LLC | 19-11534 (CSS) 80-0966139 Charming Charlie Holdings Inc. |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash and Cash Equivalents | $ 2,396 | $ (736) | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable | 8,457 | (39,338) | - | - | - | 2,364 | 10,000 |
| Prepaid Expenses and Other Current Assets | 5,031 | 2,144 | - | - | - | - | - |
| Loaded Inventory | 19,768 | - | - | - | - | - | - |
| Current Deferred Tax Assets | - | - | - | - | - | - | - |
| Total Current Assets | 35,652 | (37,930) | - | - | - | 2,364 | 10,000 |
| Property Plant and Equipment (net) | 49,709 | - | - | - | - | - | - |
| Trademarks | 42 | - | - | - | - | - | - |
| Long Term Deferred Tax Assets | 6,189 | 65,144 | - | - | - | - | - |
| Other Assets | 1,263 | 260 | - | - | - | - | - |
| Total Assets | 92,855 | 27,474 | - | - | - | 2,364 | 10,000 |
| **Liabilities** | | | | | | | |
| **CURRENT LIABILITIES** | | | | | | | |
| Accounts Payable | $ 2,018 | $ 3,037 | $ - | $ - | $ - | $ 10 | $ - |
| Sales Tax Payable | (1,435) | (41) | - | - | - | - | - |
| Accrued Expenses | (7,178) | (265) | - | - | - | - | - |
| Other Current Liabilities | (211) | (9,055) | - | - | - | - | - |
| Income Tax Payable | (3,380) | 30,299 | - | - | - | (185) | - |
| Current Portion of Long Term Debt | (18,050) | - | - | - | - | - | - |
| Current Portion of Capital Leases | (91) | - | - | - | - | - | - |
| Current Portion Deferred Rent | (16,904) | - | - | - | - | - | - |
| | | | - | - | - | - | - |
| Total Current Liabilities | (45,231) | 23,975 | - | - | - | (175) | - |
| **Liabilities Subject to Compromise** | | | | | | | |
| Accounts Payable | - | - | - | - | - | - | - |
| Received not Vouchered | - | - | - | - | - | - | - |
| Duty Payable | - | - | - | - | - | - | - |
| Liabilities Subject to Compromise | - | - | - | - | - | - | - |
| LT Portion of Deferred Rent | (37,657) | - | - | - | - | - | - |
| Long-Term Debt | (62,123) | - | - | - | - | - | - |
| Capital Leases | (36) | - | - | - | - | - | - |
| Other LT Liabilities | (1,724) | - | - | - | - | - | - |
| LT Deferred Income Taxes | - | (54,005) | - | - | - | - | - |
| Total Liabilities | (146,771) | (30,030) | - | - | - | (175) | - |
| **Shareholders' Equity** | | | | | | | |
| Common Stock | - | - | - | - | - | - | (300) |
| Additional Paid-In Capital | - | - | - | - | - | - | (9,700) |
| YTD Net (Income)/Loss | 949 | 13,459 | - | - | - | (30) | - |
| Retained Earnings - PY | 53,407 | (10,903) | - | - | - | (559) | - |
| Retained Earnings (Intercompany) | (440) | - | - | - | - | (1,600) | - |
| Retained Earnings | 53,916 | 2,556 | - | - | - | (2,189) | - |
| Total Equity | 53,916 | 2,556 | - | - | - | (2,189) | (10,000) |
| Total Liabilities and Equity | (92,855) | (27,474) | - | - | - | (2,364) | (10,000) |

MOR-4

**In re: Charming Charlie Holdings Inc.,** *et al* **.**

**19-11534 (CSS)**
**Reporting Period:    July 2019: 7/11/19 - 8/3/19**
**Federal Tax I.D. #    80-0966139**

| Status of Post-Petition Taxes (See Notes to the MOR) (000's) | | | | |
|---|---|---|---|---|
| **Charming Charlie Holdings Inc. and its related debtor legal entities** | **Beginning Tax Liability (July 11, 2019)** | **Amount Withheld or Accrued** | **Amount Paid** | **Ending Tax Liability (August 3, 2019)** |
| Corporate Income Tax (Federal/State) | $ 27,491 | $ 1,459 | $ - | $ 28,950 |
| Payroll Tax | $ 93 | $ 430 | $ (449) | $ 74 |
| Withholding Tax | $ - | $ 772 | $ (772) | $ - |
| Property Tax | $ 1,472 | $ 82 | $ (34) | $ 1,519 |
| Other Tax | $ (1,459) | $ 12 | $ - | $ (1,448) |
| **Total Taxes** | **$ 27,597** | **$ 2,755** | **$ (1,255)** | **$ 29,096** |

**Please see Debtor Questionnaire for status of tax filings.**

| Summary of Unpaid Post-Petition Debts (See Notes to the MOR) (000's) | | |
|---|---|---|
| **Debtor** | **Case Number** | **Current** |
| **Accounts Payable** | | |
| Charming Charlie Holdings Inc., *et al* | **19-11534 (CSS)** | $ 103 |
| **Total Accounts Payable** | | **$ 103** |

| | |
|---|---|
| | **19-11534 (CSS)** |
| **Reporting Period:** | **July 2019: 7/11/19 - 8/3/19** |
| **Federal Tax I.D. #** | **80-0966139** |

**Post-Petition Accounts Receivable Reconciliation and Aging (See Notes to the MOR)**
**('000s)**

| Debtor | Case Number | 0-60 | 60-90 | >90 | Total Accounts Receivable (Gross) | Allowance for Doubtful Accounts | Total Accounts Receivable (Net) |
|---|---|---|---|---|---|---|---|
| Charming Charlie Holdings Inc., et al. | 19-11534 (CSS) | $    - | $    - | $    - | $    - | $    - | $    - |

In re: Charming Charlie Holdings Inc., *et al* .

|  |  |
|---|---|
| | **19-11534 (CSS)** |
| **Reporting Period:** | **July 2019: 7/11/19 - 8/3/19** |
| **Federal Tax I.D. #** | **80-0966139** |

| **Debtor Questionnaire (See Notes to the MOR)** |
|---|

| | Yes | No | NOTES: |
|---|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business during this reporting period?  If yes, provide an explanation below. | X | | (1) |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X | |
| 3.  Have all post petition tax returns been timely filed?  If no, provide an explanation below. | | X | (2) |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | | (3) |

(1) Subsequent to the filing, the Company closed 3 stores and its distribution center and sold furniture and fixtures at those locations.

(2) Federal and State returns for years 2017 and 2018 are not filed, but in process.

2016 State returns for PA, SC, OR RI, TN, UT, VA, WV, and WI have been reviewed and signed and will be filed no later than 8/31/19. Local taxes for Fayette, KY, Lexington, KY, Paducah, KY, Kansas, MO, Columbus, OH, Hamilton, OH, Maume, OH, Norwood , OH, RITA OH, Toledo, OH, and Portland, OR have been reviewed and signed and will be efiled no later than 8/31/19.  Six city returns are under review and will be filed no later than 8/31/19.

(3) A new bank account was opened as required as part of the DIP Motion to be used as a professional fees escrow account.

Charming Charlie Holdings Inc.