UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) Case No. 19-11534 (CSS) |
| Debtors. | ) (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 16, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME)[2]

UNCONTESTED MATTERS GOING FORWARD

1. Debtors' Motion for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Authorizing the Sale of Certain Intellectual Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief [Docket No. 245; Filed 8/13/2019]

    Related Documents:

    A. Notice of (A) Continued Auction Date and (B) Continued Hearing Date in Connection with the Debtors' Motion for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Authorizing the Sale of Certain Intellectual Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief [Docket No. 333; Filed 9/6/2019]

    B. Notice of Successful Bidder and Purchase Agreement [Docket No. 346; Filed 9/11/2019]

    C. **Declaration of David Peress in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Authorizing the Sale of Certain Intellectual Property Free and Clear of Liens, Claims,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' headquarters is: 6001 Savoy Drive, Ste. 600 Houston, Texas 77036.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

**Encumbrances, and Other Interests and (II) Granting Related Relief [Docket No. 351; Filed 9/13/2019]**

Response Deadline:   August 27, 2019, at 4:00 p.m.

Responses Received:

    A.   Informal comments from the Office of the United States Trustee

Status:   This matter is going forward.

| | |
|---|---|
| Dated: September **13**, 2019<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar 4165)<br>Sally E. Veghte (DE Bar 4762)<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br><br>- and -<br><br>Matthew M. Murphy (admitted *pro hac vice*)<br>Nathan S. Gimpel (admitted *pro hac vice*)<br>Matthew Smart (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone: (312) 499-6000<br><br>Todd M. Schwartz (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>1117 South California Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 320-1800<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |