### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re: **Charming Charlie Holdings Inc.,** *et al.*

| | |
|---|---|
| | **19-11534 (CSS)** |
| **Reporting Period:** | **August 2019: 8/4/19 - 8/31/19** |
| **Federal Tax I.D. #** | **80-0966139** |

Charming Charlie Holdings Inc. and its related debtor legal entities

| Charming Charlie | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of Debtors' bank reconciliations) | MOR-1a | X | |
| Schedule of Professional Fees Paid | MOR-1b | X | |
| Cash flows related to DIP ABL facility | MOR-1c | X | |
| Statement of Operations (Income Statement) | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Liabilities Subject to Compromise and DIP Facility Balances | MOR-3a | X | |
| Balance Sheet (pre-petition) | MOR-3b | X | |
| Status of Post-Petition Taxes (See Notes to the MOR) | MOR-4 | X | |
| Summary of Unpaid Post-Petition Debts (See Notes to the MOR) | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging (See Notes to the MOR) | MOR-5 | X | |
| Debtor Questionnaire (See Notes to the MOR) | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

9/27/19
_____
Date

_____
Printed Name of Authorized Individual

CFO
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re: Charming Charlie Holdings Inc.,** *et al* **.**

| | |
|---|---|
| | **19-11534 (CSS)** |
| **Reporting Period:** | **August 2019: 8/4/19 - 8/31/19** |
| **Federal Tax I.D. #** | **80-0966139** |

**GENERAL.:**

Charming Charlie Holdings Inc. and its related debtor legal entitie

| Debtor | Case Number | Tax ID |
|---|---|---|
| Charming Charlie Holdings Inc | 19-11534 (CSS) | 80-0966139 |
| Charming Charlie Canada LLC | 19-11535 (CSS) | 46-5360693 |
| Charming Charlie International LLC | 19-11536 (CSS) | 46-5175887 |
| Charming Charlie LLC | 19-11537 (CSS) | 87-0720263 |
| Charming Charlie Manhattan LLC | 19-11538 (CSS) | 46-3307408 |
| Charming Charlie USA, Inc | 19-11539 (CSS) | 46-5193973 |
| Poseidon Partners CMS, Inc | 19-11540 (CSS) | 27-0883302 |

**General Notes:**                                        Charming Charlie Holdings Inc.

The financial and supplemental information contained herein are preliminary, unaudited, and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP"). Individual Debtor entities are presented in the accompanying statement of operations.

The financial information has been derived from the books and records of the Debtors. The information presented is based on the Debtors fiscal month based on the standard 4-5-4 retail fiscal calendar. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

The results of operations contained herein represent the impact of the liquidation going out of business sales and the back office support of that process. The results are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial position of the Debtors in the future.

Receivables and payables among the Debtors and between the Debtors and Non-Debtors have not been eliminated from the Statement of Operations (Income Statements) or Balance Sheets contained herein. No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein. As a result, the completeness and accuracy of this information is undetermined.

Note: Charming Charlie Holdings Inc., et al. emerged from bankruptcy April 24, 2018. The results presented are those of the successor company only

Certain amounts may appear to be clerically inaccurate as they are presented in thousands and are subject to rounding differences. Certain amounts in prior filings may have been reclassified to conform to the current filing presentation.

**Notes to MOR-1 and MOR-1a:**

Attached to MOR-1 is a listing of the Debtors' bank accounts (see MOR-1a) that had a closing cash book balance by account number for the reporting period.. All accounts with a zero dollar balance have been suppressed. The balance of Charming Carlie LLC account 2768 represents outstanding checks.

**Notes to MOR-2 and MOR-3:**

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

Accounts Receivable and Accounts Payable may include intercompany balances among the Debtors, and between the Debtors and Non-Debtors. See General Notes regarding elimination of these balances.

Other Revenue represents intercompany management fee income and Debtor's revenue on the sale of augmented goods.

The balance sheets contained herein reflect unconsolidated company balances and are shown prior to any applicable intercompany eliminations.

**Notes to MOR-3a:**

MOR 3a is a detailed view of the company Liabilities Subject to Compromise broken out for each debtor.

**Notes to MOR-3b:**

MOR 3b is the July pre-petition balance sheet broken out for each debtor.

**Notes to MOR-4:**

The post-petition tax activity presented includes pre-and post- petition tax liabilities. The closing tax position disclosed in MOR-4 (July) presented for Corporate Income tax was presented in error a a liability, but in fact was a receivable. MOR-4 (August) corrects this error.

The Post-Petition Debts presented represent the unpaid trade payables to third parties. Intercompany payables and other accruals that roll up to the Accounts payable line in the balance sheet are excluded from this table.

**Notes to MOR-5:**

Accounts Receivable, MOR-5, is intentionally left blank. The debtors do not have any trade related AR outside of credit card receivables, which they include in cash equivalents. The majority of the AR on the balance sheet relates to tenant allowances and intercompany balances.

**In re: Charming Charlie Holdings Inc.,** *et al* .
**MOR-1**

19-11534 (CSS)
Reporting Period:    August 2019: 8/4/19 - 8/31/19
Federal Tax I.D. #    80-0966139

**Charming Charlie Holdings Inc. and its related debtor legal entities** | See Notes to the MOR related to MOR-1

| Debtor | Case Number | External Disbursements | Intercompany Disbursements to Non-Debtors | Intercompany Disbursements to Debtors | Non Debtor on Behalf of Debtors | Asset Based Lending Disbursements | Term Loan Payments | Total Disbursements | Asset Based Lending Receipts | Intercompany Receipts | Cash Receipts | Total Cash Receipts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charming Charlie LLC | 19-11537 (CSS) | $ (17,828) | $ (40) | $ (1,036) | $ - | $ (3,489) | $ (104) | $ (22,497) | $ 39,555 | $ 82 | $ 3,655 | $ 43,292 |
| Charming Charlie USA, Inc. | 19-11539 (CSS) | $ (900) | $ - | $ (82) | $ - | $ - | $ - | $ (982) | $ - | $ 1,036 | $ 14 | $ 1,050 |
| Charming Charlie International LLC | 19-11536 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Canada LLC (USD) | 19-11535 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Holdings Inc. | 19-11534 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Manhattan LLC | 19-11538 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Poseidon Partners CMS, Inc. | 19-11540 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | | $ (18,728) | $ (40) | $ (1,118) | $ - | $ (3,489) | $ (104) | $ (23,478) | $ 39,555 | $ 1,118 | $ 3,669 | $ 44,342 |

| | 19-11537 (CSS) | 19-11539 (CSS) | 19-11535 (CSS) | 19-11540 (CSS) | 19-11538 (CSS) | 19-11536 (CSS) | 19-11534 (CSS) |
|---|---|---|---|---|---|---|---|
| | Charming Charlie LLC | Charming Charlie USA, Inc. | Charming Charlie Canada LLC | Poseidon Partners CMS, Inc. | Charming Charlie Manhattan LLC | Charming Charlie International LLC | Charming Charlie Holdings Inc. |
| Other Non-Merch | 999 | 461 | | | | | |
| Payroll / T&E | 3,975 | 276 | | | | | |
| Occupancy | 759 | 4 | | | | | |
| Sales & Use Tax | 3,350 | - | | | | | |
| Merch | - | - | | | | | |
| Professional-Liquidation Fees | 8,745 | 158 | | | | | |
| DIP Facility Fee | - | - | | | | | |
| US Trustee Fees | - | - | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Total** | 17,828 | 900 | - | - | - | - | - |

**In re: Charming Charlie Holdings Inc.,** *et al* **.**
**MOR-1a**

|  |  |
|---|---|
|  | **19-11534 (CSS)** |
| **Reporting Period:** | **August 2019: 8/4/19 - 8/31/19** |
| **Federal Tax I.D. #** | **80-0966139** |

**Charming Charlie Holdings Inc. and its related debtor legal entities** | **See Notes to the MOR related to MOR-1a**

| Entity | Case Number | Bank Name | Last 4 Digits of Account No. | Closing Cash Book (August 31, 2019) |
|---|---|---|---|---|
| Charming Charlie USA, Inc. | **19-11539 (CSS)** | | **Sub Total** | **$                  (3)** |
|  |  | Wells Fargo | 1192 | 111 |
| Charming Charlie LLC | **19-11537 (CSS)** | | **Sub Total** | **$              23,596** |
|  |  | First Tennessee | 0400 | 55 |
|  |  | Bank of America | 6310 | 20 |
|  |  | JPMC | 1183 | 24 |
|  |  | US Bank | 9582 | 32 |
|  |  | PNC | 6051 | - |
|  |  | Wells Fargo | 0730* | (4) |
|  |  | Wells Fargo | 1564 | |
|  |  | Wells Fargo | 2768* | (429) |
|  |  | Wells Fargo | 7051 | 29 |
|  |  | Wells Fargo | 9823 | 19,999 |
|  |  | Wells Fargo | 9849 | 103 |
|  |  | Wilmington Trust | 2-000 | 3,767 |
|  | **Total** | | | **$              23,593** |

* Zero Balance Accounts (ZBA)

The signatory hereto attests that the accounts have been reconciled in accordance with the Debtors' ordinary course accounting practices during the reporting period.

In re: Charming Charlie Holdings Inc., *et al* .
MOR-1b

**19-11534 (CSS)**
Reporting Period:    **August 2019: 8/4/19 - 8/31/19**
Federal Tax I.D. #    **80-0966139**

| Payee | Amount Approved | Payor | Check | | Amount Paid during period | | Paid to date | |
|---|---|---|---|---|---|---|---|---|
| | | | Number | Date | Fees | Expenses | Fees | Expenses |
| Covington & Burling LLP | $ 26,514 | Charming Charlie USA | 24000185 | 8/16/2019 | $ 25,773 | $ 741 | $ 25,773 | $ 741 |
| Prime Clerk LLC | $ 131,705 | Charming Charlie USA | 24000189 | 8/22/2019 | $ 34,834 | $ 96,871 | $ 34,834 | $ 96,871 |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |
| | | | | | | | $ - | $ - |

**In re: Charming Charlie Holdings Inc.,** *et al* .
MOR-1c

| | |
|---|---|
| Reporting Period: | August 2019: 8/4/19 - 8/31/19 |
| Federal Tax I.D. # | 80-0966139 |

**For Period Ending August 31, 2019**

| Running DIP ABL Balance | | Transactions | | | | |
|---|---|---|---|---|---|---|
| Ending Daily Balance Per DIP ABL Daily Balance Report | (447) | Advance | Paydown | | Interest & Fees Due | Interest & Fee Payments |
| 8/5/2019 | (17,266) | 2,500 | - | | | |
| 8/5/2019 | (18,768) | - | (1,502) | | | |
| 8/6/2019 | (23,103) | - | (4,336) | | | |
| 8/7/2019 | (23,003) | 100 | - | | | |
| 8/7/2019 | (23,898) | - | (895) | | | |
| 8/8/2019 | (24,765) | - | (866) | | | |
| 8/9/2019 | (22,015) | 2,750 | - | | | |
| 8/9/2019 | (22,804) | - | (789) | | | |
| 8/12/2019 | (22,754) | 50 | - | | | |
| 8/12/2019 | (23,736) | - | (982) | | | |
| 8/13/2019 | (23,730) | - | - | | 5 | |
| 8/13/2019 | (26,699) | - | (2,969) | | | |
| 8/14/2019 | (24,649) | 2,050 | - | | | |
| 8/14/2019 | (25,253) | - | (604) | | | |
| 8/15/2019 | (25,888) | - | (635) | | | |
| 8/16/2019 | (23,988) | 1,900 | - | | | |
| 8/16/2019 | (24,584) | - | (596) | | | |
| 8/19/2019 | (24,581) | - | - | | 3 | |
| 8/19/2019 | (22,781) | 1,800 | - | | - | |
| 8/19/2019 | (22,521) | - | - | | 260 | |
| 8/19/2019 | (22,356) | - | - | | 165 | |
| 8/19/2019 | (22,313) | - | - | | 42 | |
| 8/19/2019 | (22,953) | - | (639) | | | |
| 8/20/2019 | (24,966) | - | (2,013) | | | |
| 8/21/2019 | (25,433) | - | (467) | | | |
| 8/22/2019 | (2,480) | 22,453 | - | | 500 | |
| 8/22/2019 | (2,469) | - | - | | 11 | |
| 8/22/2019 | (2,994) | - | (524) | | | |
| 8/23/2019 | (3,464) | - | (470) | | | |
| 8/26/2019 | (4,013) | - | (549) | | | |
| 8/27/2019 | (5,657) | - | (1,644) | | | |
| 8/28/2019 | (5,964) | - | (307) | | | |
| 8/29/2019 | (11) | 5,953 | - | | | |
| 8/29/2019 | (11) | - | - | | | |
| 8/29/2019 | (252) | - | (241) | | | |
| 8/30/2019 | (447) | - | (195) | | | |

In re: Charming Charlie Holdings Inc., *et al* .

MOR-2

Reporting Period: August 4 – August 31, 2019
Federal Tax I.D. #            80-0966139

17-12906 (CSS)

**For Period Ending August 31, 2019**

| August 2019: 8/4/19 - 8/31/19 | 19-11537 (CSS)<br>87-0720263<br>Charming Charlie LLC | 19-11539 (CSS)<br>46-5193973<br>Charming Charlie USA, Inc. | 19-11535 (CSS)<br>46-5360693<br>Charming Charlie Canada LLC | 19-11540 (CSS)<br>27-0883302<br>Poseidon Partners CMS, Inc. | 19-11538 (CSS)<br>46-3307408<br>Charming Charlie Manhattan LLC | 19-11536 (CSS)<br>46-5175887<br>Charming Charlie International LLC | 19-11534 (CSS)<br>80-0966139<br>Charming Charlie Holdings Inc. |
|---|---|---|---|---|---|---|---|
| **e Operating Revenue** | | | | | | | |
| Net Sales | 12,687 | - | - | - | | - | - |
| Total Other Revenue | 1,050 | 10,247 | - | - | | - | - |
| **Total Operating Revenue** | 13,737 | 10,247 | - | - | | - | - |
| | | | | | | | |
| Cost of Goods Sold | 4,386 | - | - | - | | - | - |
| **Gross Margin** | 9,351 | - | - | - | | - | - |
| | | | | | | | |
| **CSG&A** | | | | | | | |
| Compensation. | 3,148 | 1,277 | - | - | | - | - |
| Occupancy | (43,426) | 5 | - | - | | - | - |
| Other Selling Expenses | 236 | - | - | - | | - | - |
| Loss Prevention | 1,653 | - | - | - | | - | - |
| Advertising | (3) | 102 | - | - | | - | - |
| Human Resources | 23 | (5) | - | - | | - | - |
| Insurance | - | 73 | - | - | | - | - |
| Tax Expenses | 99 | - | - | - | | - | - |
| External Support | 14,892 | (5,660) | - | - | | - | - |
| Total Vehicle Expenses (66VEH) | (84) | - | - | - | | - | - |
| Total Travel Expense (66TRV) | 13 | - | - | - | | - | - |
| Travel and Vehicle | (72) | - | - | - | | - | - |
| IT Expenses | 345 | 264 | - | - | | - | - |
| Communication Expenses | (67) | - | - | - | | - | - |
| Supplies | (37) | - | - | - | | - | - |
| Total SG&A | (22,558) | (3,933) | - | - | | - | - |
| | | | | | | | |
| **Operating Income / (Loss)** | 31,909 | 14,180 | - | - | | - | - |
| | | | | | | | |
| Other Income / (Expenses) | 41,589 | - | - | - | | - | - |
| | | | | | | | |
| **EBITDA** | (9,680) | 14,180 | - | - | | - | - |
| | | | | | | | |
| Depreciation & Ammorization | 1,369 | - | | - | | - | - |
| | | | | | | | |
| **EBIT** | (11,049) | 14,180 | | - | | - | - |
| | | | | | | | |
| Interest Expenses | 552 | - | - | - | | (8) | - |
| | | | - | - | | - | - |
| **Income Before Taxes** | (11,601) | 14,180 | - | - | | 8 | - |
| | | | | | | | |
| Income Taxes | 125 | (808) | - | - | | 2 | - |
| Net Income / (Loss) | (11,726) | 14,988 | | | | 6 | |

In re: Charming Charlie Holdings Inc., *et al* .
MOR-3

|  | | 19-11534 (CSS) |
|---|---|---|
| Reporting Period: | | ugust 2019: 8/4/19 - 8/31/19 |
| Federal Tax I.D. # | | 80-0966139 |

For Period Ending August 31, 2019

| August 31, 2019 | 19-11537 (CSS) | 19-11539 (CSS) | 19-11535 (CSS) | 19-11540 (CSS) | 19-11538 (CSS) | 19-11536 (CSS) | 19-11534 (CSS) |
|---|---|---|---|---|---|---|---|
|  | 87-0720263 | 46-5193973 | 46-5360693 | 27-0883302 | 46-3307408 | 46-5175887 | 80-0966139 |
|  | Charming Charlie LLC | Charming Charlie USA, Inc. | Charming Charlie Canada LLC | Poseidon Partners CMS, Inc. | Charming Charlie Manhattan LLC | Charming Charlie International LLC | Charming Charlie Holdings Inc. |
| **Assets** | | | | | | | |
| **Cash and Cash Equivalents** | $ 24,369 $ | (518) $ | - $ | - $ | - $ | - $ | - |
| **Accounts Receivable** | 5,262 | (33,903) | - | - | - | 2,380 | 10,000 |
| **Prepaid Expenses and Other Current Assets** | (1,129) | 1,805 | - | - | - | - | - |
| **Loaded Inventory** | - | - | - | - | - | - | - |
| **Current Deferred Tax Assets** | 6,189 | 65,143 | - | - | - | - | - |
| **Total Current Assets** | 34,690 | 32,526 | - | - | - | 2,380 | 10,000 |
| **Property Plant and Equipment (net)** | - | - | - | - | - | - | - |
| **Trademarks-Fixed Assets** | - | - | - | - | - | - | - |
| **Long Term Deferred Tax Assets** | - | - | - | - | - | - | - |
| **Other Assets** | 889 | 4 | - | - | - | - | - |
| **Total Assets** | 35,579 | 32,530 | - | - | - | 2,380 | 10,000 |
| | | | | | | | |
| **Liabilities** | | | | | | | |
| **CURRENT LIABILITIES** | | | | | | | |
| **Accounts Payable** | 5,432 | 14,943 | - | - | - | 10 | - |
| **Sales Tax Payable** | (1,152) | (41) | - | - | - | - | - |
| **Accrued Expenses** | (10,910) | (132) | - | - | - | - | - |
| **Other Current Liabilities** | 7,206 | (7,733) | - | - | - | - | - |
| **Income Tax Payable** | (3,695) | 29,021 | - | - | - | (189) | - |
| **Current Portion of Long Term Debt** | 447 | - | - | - | - | - | - |
| **Current Portion Deferred Rent** | (173) | - | - | - | - | - | - |
| **Total Current Liabilities** | (2,845) | 36,057 | - | - | - | (177) | - |
| | | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | | |
| Accounts Payable | $ (25,897) $ | (6,797) $ | - $ | - $ | - $ | - $ | - |
| Received Not Vouchered | $ (258) $ | - | - | - | - | - | - |
| Duty Payable | $ - $ | (445) | | | | | |
| Term Loan | (50,726) | - | - | - | - | - | - |
| **28999 - Liabilities Subject to Compromise** | (76,882) | (7,243) | - | - | - | - | - |
| **LT Portion of Deferred Rent** | - | - | - | - | - | - | - |
| **Long-Term Debt** | - | - | - | - | - | - | - |
| **Capital Leases** | (36) | - | - | - | - | - | - |
| **LT Deferred Income Taxes** | - | (54,005) | - | - | - | - | - |
| **Total Liabilities** | (79,763) | (25,191) | - | - | - | (178) | - |
| | | | | | | | |
| **Shareholders' Equity** | | | | | | | |
| **Common Stock** | - | - | - | - | - | - | (300) |
| **Additional Paid-In Capital** | - | - | - | - | - | - | (9,700) |
| YTD Net (Income)/Loss | 875 | 4,124 | - | - | - | (43) | - |
| 32000 - Retained Earnings - Current Year | 43,748 | (11,464) | - | - | - | (559) | - |
| 32050 - Retained Earnings (Intercompany) | (440) | - | - | - | - | (1,600) | - |
| **Retained Earnings / (Deficit)** | 44,184 | (7,339) | - | - | - | (2,202) | - |
| | | | | | | | |
| **Total Equity** | 44,184 | (7,339) | - | - | - | (2,202) | (10,000) |
| **Total Liabilities and Equity** | (35,579) | (32,530) | - | - | - | (2,380) | (10,000) |

**In re: Charming Charlie Holdings Inc.,** *et al* .
**MOR-3a**

17-12906 (CSS)
Reporting Period:    August 4 - August 31, 2019
Federal Tax I.D. #    80-0966139

**For Period Ending August 31, 2019**

| | Charming Charlie LLC 19-11537 (CSS) 87-0720263 | Charming Charlie USA, Inc. 19-11539 (CSS) 46-5193973 | TOTAL |
|---|---|---|---|
| Accounts Payable | $ 25,897 | $ 6,797 | $ 32,695 |
| Received Not Vouchered | $ 258 | $ - | $ 258 |
| Duty Payable | $ - | $ 445 | $ 445 |
| Term Loan | $ 50,726 | $ - | $ 50,726 |
| | $ 76,882 | $ 7,243 | $ 84,125 |

| **DIP Facility Balances** | **Balance August 31, 2019** |
|---|---|
| ABL DIP | $ (447) |

In re: Charming Charlie Holdings Inc., *et al .*

MOR-3b

| | |
|---|---|
| | **19-11534 (CSS)** |
| Reporting Period: | **August 2019: 8/4/19 - 8/31/19** |
| Federal Tax I.D. # | **80-0966139** |

**For Period Ending August 31, 2019**

| As of July 11, 2019 | 19-11537 (CSS) 87-0720263 Charming Charlie LLC | 19-11539 (CSS) 46-5193973 Charming Charlie USA, Inc. | 19-11535 (CSS) 46-5360693 Charming Charlie Canada LLC | 19-11540 (CSS) 27-0883302 Poseidon Partners CMS, Inc. | 19-11538 (CSS) 46-3307408 Charming Charlie Manhattan LLC | 19-11536 (CSS) 46-5175887 Charming Charlie International LLC | 19-11534 (CSS) 80-0966139 Charming Charlie Holdings Inc. |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| **Cash and Cash Equivalents** | $ 2,396 | $ (736) | $ - | $ - | $ - | $ - | $ - |
| **Accounts Receivable** | 8,457 | (39,338) | - | - | - | 2,364 | 10,000 |
| **Prepaid Expenses and Other Current Assets** | 5,031 | 2,144 | - | - | - | - | - |
| **Loaded Inventory** | 19,768 | - | - | - | - | - | - |
| **Current Deferred Tax Assets** | - | - | - | - | - | - | - |
| **Total Current Assets** | 35,652 | (37,930) | - | - | - | 2,364 | 10,000 |
| **Property Plant and Equipment (net)** | 49,709 | - | - | - | - | - | - |
| **Trademarks** | 42 | - | - | - | - | - | - |
| **Long Term Deferred Tax Assets** | 6,189 | 65,144 | - | - | - | - | - |
| **Other Assets** | 1,263 | 260 | - | - | - | - | - |
| **Total Assets** | 92,855 | 27,474 | - | - | - | 2,364 | 10,000 |
| | | | | | | | |
| **Liabilities** | | | | | | | |
| **CURRENT LIABILITIES** | | | | | | | |
| **Accounts Payable** | $ 2,018 | $ 3,037 | $ - | $ - | $ - | $ 10 | $ - |
| **Sales Tax Payable** | (1,435) | (41) | - | - | - | - | - |
| **Accrued Expenses** | (7,178) | (265) | - | - | - | - | - |
| **Other Current Liabilities** | (211) | (9,055) | - | - | - | - | - |
| **Income Tax Payable** | (3,380) | 30,299 | - | - | - | (185) | - |
| **Current Portion of Long Term Debt** | (18,050) | - | - | - | - | - | - |
| **Current Portion of Capital Leases** | (91) | - | - | - | - | - | - |
| **Current Portion Deferred Rent** | (16,904) | - | - | - | - | - | - |
| | | | - | - | - | - | - |
| **Total Current Liabilities** | (45,231) | 23,975 | - | - | - | (175) | - |
| | | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | | |
| Accounts Payable | - | - | - | - | - | - | - |
| Received not Vouchered | - | - | - | - | - | - | - |
| Duty Payable | - | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | - | - | - | - | - | - | - |
| **LT Portion of Deferred Rent** | (37,657) | - | - | - | - | - | - |
| **Long-Term Debt** | (62,123) | - | - | - | - | - | - |
| **Capital Leases** | (36) | - | - | - | - | - | - |
| **Other LT Liabilities** | (1,724) | - | - | - | - | - | - |
| **LT Deferred Income Taxes** | - | (54,005) | - | - | - | - | - |
| **Total Liabilities** | (146,771) | (30,030) | - | - | - | (175) | - |
| | | | | | | | |
| **Shareholders' Equity** | | | | | | | |
| **Common Stock** | - | - | - | - | - | - | (300) |
| **Additional Paid-In Capital** | - | - | - | - | - | - | (9,700) |
| YTD Net (Income)/Loss | 949 | 13,459 | - | - | - | (30) | - |
| Retained Earnings - PY | 53,407 | (10,903) | - | - | - | (559) | - |
| Retained Earnings (Intercompany) | (440) | - | - | - | - | (1,600) | - |
| **Retained Earnings** | 53,916 | 2,556 | - | - | - | (2,189) | - |
| | | | | | | | |
| **Total Equity** | 53,916 | 2,556 | - | - | - | (2,189) | (10,000) |
| **Total Liabilities and Equity** | (92,855) | (27,474) | - | - | - | (2,364) | (10,000) |

**In re: Charming Charlie Holdings Inc.,** *et al* **.**
MOR-4

**19-11534 (CSS)**
**Reporting Period:**     **August 2019: 8/4/19 - 8/31/19**
**Federal Tax I.D. #**     **80-0966139**

| Charming Charlie Holdings Inc. and its related debtor legal entities | Beginning Tax Liability (August 4, 2019) | | Amount Withheld or Accrued | | Amount Paid | | Ending Tax Liability (August 31, 2019) | |
|---|---|---|---|---|---|---|---|---|
| Corporate Income Tax (Federal/State) | $ | (28,950) | $ | 3,730 | $ | - | $ | (25,220) |
| Payroll Tax | $ | 74 | $ | 1,123 | $ | (378) | $ | 820 |
| Withholding Tax | $ | - | $ | 667 | $ | (667) | $ | - |
| Property Tax | $ | 1,519 | $ | 82 | $ | (31) | $ | 1,570 |
| Other Tax | $ | 1,448 | $ | (229) | $ | - | $ | 1,219 |
| **Total Taxes** | **$** | **(25,909)** | **$** | **5,374** | **$** | **(1,076)** | **$** | **(21,611)** |

**Please see Debtor Questionnaire for status of tax filings.**

| Debtor | Case Number | Current | | 31-60 | | 61-90 | | Grand Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Accounts Payable** | | | | | | | | | |
| Charming Charlie Holdings Inc., *et al* . | **19-11534 (CSS)** | **$** | **1,574** | **$** | **-** | **$** | **-** | **$** | **1,574** |
| **Total Accounts Payable** | | **$** | **1,574** | **$** | **-** | **$** | **-** | **$** | **1,574** |

**In re: Charming Charlie Holdings Inc.,** *et al* **.**
**MOR-5**

19-11534 (CSS)
Reporting Period: August 2019: 8/4/19 - 8/31/19
Federal Tax I.D. #          80-0966139

| Debtor | Case Number | 0-60 | 60-90 | >90 | Total Accounts Receivable (Gross) | Allowance for Doubtful Accounts | Total Accounts Receivable (Net) |
|---|---|---|---|---|---|---|---|
| Charming Charlie Holdings Inc., et al. | 19-11534 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - |

**In re: Charming Charlie Holdings Inc.,** *et al* .

19-11534 (CSS)
Reporting Period:  August 2019: 8/4/19 - 8/31/19
Federal Tax I.D. #                        80-0966139

| | Yes | No | NOTES: |
|---|:---:|:---:|:---:|
| 1.  Have any assets been sold or transferred outside the normal course of business during this reporting period?  If yes, provide an explanation below. | X | | (1) |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X | |
| 3.  Have all post petition tax returns been timely filed?  If no, provide an explanation below. | | X | (2) |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X | |

(1) The Company has now closed all stores, its distribution center and sold furniture and fixtures at those locations and at the corporate location.

(2) Federal and State returns for years 2017 and 2018 are in process but not yet filed.

Charming Charlie Holdings Inc.