# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) Case No. 19-11534 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON DECEMBER 1, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)

### NO MATTERS ARE GOING FORWARD.
### THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT

CONTINUED MATTERS:

1. Oracle America Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses [Docket No. 822; Filed 11/11/2020]

    Response Deadline:   November 30, 2020 at 4:00 p.m., extended until December 21, at 4:00 p.m. for the Debtors

    Responses Received:  None to date.

    Status:   This matter has been adjourned until the January 11th hearing at 10:00 (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302).  The location of the Debtors' headquarters is:  Charming Charlie, c/o WeWork, 1725 Hughes Landing Blvd., The Woodlands, Texas 77380.

PHIL1 9217415v.1

| | |
|---|---|
| Dated: November 24, 2020<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar 4165)<br>Sally E. Veghte (DE Bar 4762)<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br><br>- and -<br><br>Matthew M. Murphy (admitted *pro hac vice*)<br>Nathan S. Gimpel (admitted *pro hac vice*)<br>Matthew Smart (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone: (312) 499-6000<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |