**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHARMING CHARLIE HOLDINGS INC., *et al.*, | Case No. 19-11534 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 1586 |

**CERTIFICATE OF NO OBJECTION REGARDING THE COMBINED
ELEVENTH MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD FROM FEBRUARY 1, 2021 THROUGH NOVEMBER 28, 2022**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the *Combined Eleventh Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 1, 2021 Through November 28, 2022* [Docket No. 1586] (the "Application") of Province, LLC (the "Applicant"). The undersigned further certifies that she has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 459] (the "Interim

---

[1] The Debtors including in these chapter 11 cases and the last four digits of their respective taxpayer identification numbers include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' headquarters is 6001 Savoy Drive, Suite 600, Houston, Texas 77036.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty-one (21) days after the date of service to object to the Application.

IMPAC 10651641v.1

Compensation Order") entered October 15, 2019, the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

Dated: February 22, 2023
      Wilmington, Delaware

Respectfully submitted,

*/s/ Elizabeth R. Schlecker*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Elizabeth R. Schlecker (No. 6913)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
      kgood@potteranderson.com
      astulman@potteranderson.com
      eschlecker@potteranderson.com

– and –

Cullen Drescher Speckhart, Esq.
Summer M. McKee, Esq.
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: cspeckhart@cooley.com
      smckee@cooley.com

*Counsel for the Official Committee of Unsecured Creditors*

## EXHIBIT A

**CHARMING CHARLIE HOLDINGS, INC.,** *et al.*
**CASE NO. 19-11534 (CSS)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Province, LLC [Docket No. 1586] | 2/1/21 - 11/28/22 | $573.00 (Fees) $0.00 (Expenses) | $458.40 (Fees @ 80%) $0.00 (Expenses @ 100%) | 1/27/23 | 2/17/23 |

IMPAC 10651641v.1